

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GERMAN ARNULFO CRUZ HERNANDEZ,
  aka "Arnol,"
  aka "Malandro,"

      Defendant.

CR No. 19CR00117-VAP

I N D I C T M E N T

[18 U.S.C. §§ 1111(b), 7(3): First Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States; 18 U.S.C. § 2(a): Aiding and Abetting]

The Grand Jury charges:

[18 U.S.C. §§ 1111(b), 7(3), 2(a)]

On or about April 7, 2018, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendant GERMAN ARNULFO CRUZ HERNANDEZ, also known as ("aka") "Arnol," aka "Malandro," and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully,

deliberately, and with premeditation and malice aforethought, unlawfully killed H.C.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JOANNA M. CURTIS
Assistant United States Attorney
ERIC SIDDALL
CARMELIA MEJIA
Special Assistant United States
Attorneys
Violent and Organized Crime
Section