FILED

2019 MAR 22  AM 10: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>GERMAN ARNULFO CRUZ HERNANDEZ,<br>    aka "Arnol,"<br>    aka "Malandro,"<br>ANGEL AMADEO GUZMAN,<br>    aka "Splinter,"<br>    aka "Desastre,"<br>EVER JOEL MORALES,<br>    aka "Bandita,"<br>    aka "Catracho,"<br>    aka "Conejo,"<br>    aka "Angel Malvado,"<br>FERNANDO GARCIA PARADA,<br>    aka "Chaos,"<br>    aka "Caprichoso,"<br>    aka "Penny,"<br>JOSE BAQUIAX ALVAREZ,<br>    aka "Alacran,"<br>KEVIN VILLALTA GOMEZ,<br>    aka "Mentiroso," and<br>KEVIN ARTEAGA,<br>    aka "Street Boy,"<br><br>                Defendants. | CR No. 19-117(A)-VAP<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1111(b), 7(3): First Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1111(b), 7(3), 2(a)]

On or about March 6, 2017, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendants ANGEL AMADEO GUZMAN, also known as ("aka") "Splinter," aka "Desastre," EVER JOEL MORALES, aka "Bandita," aka "Catracho," aka "Conejo," aka "Angel Malvado," FERNANDO GARCIA PARADA, aka "Chaos," aka "Caprichoso," aka "Penny," and JOSE BAQUIAX ALVAREZ, aka "Alacran," and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully, deliberately, and with premeditation and malice aforethought, unlawfully killed J.S.

COUNT TWO

[18 U.S.C. §§ 1111(b), 7(3), 2(a)]

On or about April 7, 2018, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendants GERMAN ARNULFO CRUZ HERNANDEZ, also known as ("aka") "Arnol," aka "Malandro," EVER JOEL MORALES, aka "Bandita," aka "Catracho," aka "Conejo," aka "Angel Malvado," KEVIN VILLALTA GOMEZ, aka "Mentiroso," and KEVIN ARTEAGA, aka "Street Boy," and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully, deliberately, and with premeditation and malice aforethought, unlawfully killed J.H.C.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JOANNA M. CURTIS
Assistant United States Attorney
ERIC W. SIDDALL
CARMELIA MEJIA
Special Assistant United States
Attorneys
Violent and Organized Crime
Section

3