

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number  CR 19-117(A)-VAP                    Defendant Number  2

U.S.A.  v.  Angel Amadeo Guzman                  Year of Birth  1994

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  _____

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
   (CHECK **ALL** THAT APPLY):

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense  _____

_____

e. Division in which the MAJORITY of events, acts, or omissions
   giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No      [✓] Yes

If "Yes," Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related
if a previously filed indictment or information and the present
case:

a. arise out of the same conspiracy, common scheme,
   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
   entail substantial duplication of labor in pretrial, trial or
   sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): CR 18-841-ODW

_____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number:  _____

Assigned Judge:  _____

Charging:  _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?    [✓] No    [ ] Yes

IF YES, provide Name: _____

     Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
         [ ] Yes*        [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
         [ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    [✓] Yes    [ ] No

This is the  1st        superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
March 1, 2019

Case Number  CR 19-117-VAP

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on  _____

Are there 8 or more defendants in the superseding case?
         [ ] Yes*        [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
         [ ] Yes*        [✓] No

Was a Notice of Complex Case filed on the Indictment or
Information?
         [ ] Yes         [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?   ☑ YES   ☐ NO

IF YES, list language and/or dialect:

Spanish

### OTHER

☐ Male        ☐ Female

☐ U.S. Citizen   ☑ Alien

Alias Name(s)   Splinter, Desastre

This defendant is charged in:
☐ All counts
☑ Only counts:  Count One

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud             ☐ tax offenses
☐ environmental issues         ☐ mail/wire fraud
☐ narcotics offenses           ☐ immigration offenses
☑ violent crimes/firearms       ☐ corporate fraud
☐ Other

### CUSTODY STATUS

Defendant is **not in custody**:
a. Date and time of arrest on complaint:
b. Posted bond at complaint level on:
   in the amount of $
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district:

Defendant is **in custody**:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution:
c. If Federal, U.S. Marshals Service Registration Number:

d. ☐ Solely on this charge.  Date and time of arrest:

e. On another conviction:   ☐ Yes   ☐ No
   IF YES :  ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES :  ☐ State   ☐ Federal   AND
   Name of Court:
   Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date   03/22/2019

Signature of Assistant U.S. Attorney
Joanna Curtis
Print Name