UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

UNITED STATES OF AMERICA,   )   Case No. CR 19-117-ODW
                            )
        Plaintiff,          )   Los Angeles, California
                            )   Monday, July 15, 2019
             v.             )   5:15 P.M. to 5:23 P.M.
                            )
MARC ANTONIO RAMOS,         )
                            )
        Defendant.          )
                            )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PAUL L. ABRAMS,
UNITED STATES MAGISTRATE JUDGE.

Appearances:                See Page 2

Deputy Clerk:               Christianna Howard

Court Reporter:             Recorded; CourtSmart

Transcription Service:      JAMS Certified Transcription
                            16000 Ventura Boulevard #1010
                            Encino, California  91436
                            (661) 609-4528

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

APPEARANCES:


For the Plaintiff:          The United States Attorney's Office
                            Central District of California
                            Violent and Organized Crime
                            By:  JOANNA M. CURTIS
                            312 North Spring Street, 13th Floor
                            Los Angeles, California  90012
                            (213) 894-0298
                            joanna.curtis@usdoj.gov


For the Defendant:          WILLIAM S. HARRIS
                            Specially appearing for:
                            Amy Fan
                            Saint Martin Fan
                            8616 La Tijera Boulevard, No. 400
                            Los Angeles, California  90045
                            (310) 645-9383
                            amyfanlaw@gmail.com

LOS ANGELES, CALIFORNIA, MONDAY, JULY 15, 2019, 5:15 P.M.

JOANNA M. CURTIS:  -- on behalf of the United States.

THE COURT:  Good afternoon.

(Court confers with clerk.)

WILLIAM S. HARRIS:  Good afternoon, Your Honor. William Harris specially appearing for Amy Fan of the panel on behalf of Marco Ramos.  He speaks English.  I'm seeking Ms. Fan's appointment.

And we have not yet signed a statement of rights.

THE COURT:  How about a financial affidavit?  We don't have that either.

(Pause.)

THE COURT:  Sir, is Marco Antonio Ramos your true name?

THE DEFENDANT:  Yes.

THE COURT:  And did you help Mr. Harris fill out this financial affidavit today?

THE DEFENDANT:  Yes.

THE COURT:  Is that your signature at the bottom?

THE DEFENDANT:  Yes.

THE COURT:  Are all the statements in the document true and correct?

THE DEFENDANT:  Yes.

THE COURT:  And do you understand you were signing

the form under penalty of perjury?

THE DEFENDANT:  Yes.

THE COURT:  I find you're entitled to appointed counsel.  I'm going to appoint Ms. Fan of the federal indigent defense panel to represent you in this matter and ask Mr. Harris to stand in for her today.

Sir, is this also your signature on this Advisement of Rights form?

THE DEFENDANT:  Yes.

THE COURT:  And do you understand your rights?

THE DEFENDANT:  Yes.

THE COURT:  Okay.  Have you seen or received a copy of the Indictment, that is, the charges pending against you in this matter?

THE DEFENDANT:  Yes.

THE COURT:  I don't want to know if what they're saying is true or not.  I do want to know, though, if you understand what it is the Government says you did wrong.

THE DEFENDANT:  Yes.

THE COURT:  All right.  Thank you.

Government's moved for detention in this matter.

Mr. Harris, what's your desire?

MR. HARRIS:  We're ready to argue.

THE COURT:  I'm sorry?

MR. HARRIS:  We're ready to argue.

THE COURT:  All right.  Is the Government ready?

MS. CURTIS:  Yes, Your Honor.

THE COURT:  What does the Government proffer in support of its request for detention?

MS. CURTIS:  The Government proffers the Second Superseding Indictment, the Pretrial Services Report, as well as Pretrial's recommendation for detention.

THE COURT:  Mr. Harris, any information you want to proffer that's not in the report?

MR. HARRIS:  Yes.  We have two potential sureties present in the courtroom, his sister Nancy Ramos, who is willing to sign a $10,000 appearance bond without justification, and his girlfriend, Cindy Aravalo (phonetic), also present, willing to sign a $15,000 unsecured appearance bond, total 25,000.

THE COURT:  Any other information you wish to proffer at this time?

MR. HARRIS:  No, Your Honor.

THE COURT:  All right.  Government's arguments per its request?

MS. CURTIS:  Yes, Your Honor.  This defendant is charged in the RICO conspiracy count, Count 1, Overt Act 172. December 4, 2018, so about seven months ago, he participated in a stabbing of a victim.  That stabbing is on video, and I won't say anything else further about that right now in open

court, but that is on video.  He did participate in that stabbing.  Just as with Mr. Vides, this defendant, throughout the period of the investigation, is also constantly with other people who allegedly committed murder.  For example, Overt Act 133, Defendants -- Co-Defendants Cruz, E. Morales, Arteaga, Revelo all charged with first-degree murder and vicar counts in the Indictment.  145, Defendant Corado, that's another murder defendant.  He's constantly with Defendant Revelo.

In looking at his Pretrial Services Report, he currently has an outstanding failure-to-appear warrant from March 12, 2018.  He also has three other failures to appear -- July 17, 2017, March 5, 2018, March 16, 2018 -- as well as the other -- his other criminal history, and I think based on the violence, who he associates with, he's an MS-13 member, he's charged in the RICO conspiracy count, his failures to appear -- I think detention is appropriate in this case.

THE COURT:  Mr. Harris?

MR. HARRIS:  Yes, Your Honor.  We are proposing bail in the amount of $25,000 with the sureties mentioned earlier.  He -- the proposal would be that he live at the family home on Laurel Canyon Boulevard in Pacoima with home confinement and electronic monitoring, a similar order that he not associate or communicate with any alleged MS-13 gang member or associate or any potential witness in this case

outside the presence of counsel.

On the prior failures to appear, apparently there were no family members on the line financially as we are now proposing. I think that changes the equation, when you've got close family members, a sister and his girlfriend, both willing to put pretty much their net worth on the line for him. They're here in case the Court has any questions.

So with home confinement, electronic monitoring, no contact with any MS-13 member or associate or witness outside the presence of counsel, I think that should be sufficient to assure his appearance and the safety of the community.

THE COURT: All right. Thank you, Mr. Harris.

The Court's going to grant the Government's motion and finds that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of any person or the community.

It's based on both flight risk, given that the bail resources, while I appreciate the fact that his family members and girlfriend are here in court and willing to do this, it's just insufficient given the type of case that's involved; his failure to appear in the past, even though there was no family member on the line, it still represents a disregard of a court order, which is what bail is and what it's premised on; and as to danger, the violent nature of the allegations and the fact that it appears that he was on

probation at the time of the alleged acts all amounts to the Court concluding that detention is appropriate here, and I will grant the Government's motion and order that the defendant be detained prior to trial in this matter.

As with the last matter, I'll make it without prejudice if his -- Ms. Fan wishes to proceed -- or to pursue the matter further.

So can we go to the post-indictment arraignment?

MR. HARRIS:  Yes, Your Honor.

THE COURT:  All right.  Let's do that.

THE CLERK:  Is Marco Antonio Ramos your true name?

THE DEFENDANT:  Yes.

THE CLERK:  Did you see and sign a statement of your rights?

THE DEFENDANT:  Yes.

THE CLERK:  Did you understand the statement of your rights?

THE DEFENDANT:  Yes.

THE CLERK:  Did you receive a copy of the Second Superseding Indictment?

THE DEFENDANT:  Yes.

THE CLERK:  Do you understand the substance of the charges pending against you?

THE DEFENDANT:  Yes.

THE COURT:  All right.  This matter has been

assigned also to the calendar of Judge Wright.

This will be a not guilty plea?

MR. HARRIS:  Yes, Your Honor.

THE COURT:  Let's take that plea.

THE CLERK:  Marco Antonio Ramos, how do you plead to the charges contained in the Second Superseding Indictment, guilty or not guilty?

THE DEFENDANT:  Not guilty.

THE COURT:  All right.  The matter has been assigned to Judge Wright.

There will be a jury trial on September 10, 2019, at 9:00 o'clock a.m.

Judge Wright is located in Courtroom 5D.  That's the Fifth Floor of the First Street Courthouse.

Mr. Harris, anything further --

MR. HARRIS:  Nothing further.  Thank you, Your Honor.

THE COURT:  -- on behalf of Ms. Fan's client?

MS. CURTIS:  No, Your Honor.  Thank you.

THE COURT:  All right.  Thank you very much.

THE CLERK:  Court is adjourned.

(Proceedings adjourned at 5:23 p.m.)

///

///

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


/s/ Julie Messa_____          August 7, 2019
Julie Messa, CET**D-403          Date
Transcriber