```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                     1/10/2024

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:          CDO          DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANGEL AMADEO GUZMAN,<br>  aka "Splinter" and<br>    "Desastre,"<br>EVER JOEL MORALES,<br>  aka "Bandita,"<br>    "Catracho,"<br>    "Conejo," and<br>    "Angel Malvado,"<br>FERNANDO GARCIA PARADA,<br>  aka "Chaos,"<br>    "Caprichoso," and<br>    "Penny,"<br>KEVIN ARTEAGA,<br>  aka "Street Boy" and<br>    "Lucifer,"<br>EDGARD VELASQUEZ,<br>  aka "Snoopy,"<br>WALTER CHAVEZ LARIN,<br>  aka "Delito,"<br>    "Dexter,"<br>    "Alexander Chavez," and<br>    "Daniel Gomez,"<br>YEFRI ALEXANDER REVELO,<br>  aka "Silent,"<br>BRYAN ALBERTO ORDONES,<br>ROBERTO ALEJANDRO CORADO ORTIZ,<br>  aka "Infernal,"<br>LUIS ARTURO GONZALEZ,<br>  aka "Guanako" and | CR No. 19-117(D)-ODW<br><br>F O U R T H<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy; 18 U.S.C. §§ 1111, 7(3): First Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States; 18 U.S.C. §§ 1959(a)(1), (a)(5): Violent Crimes in Aid of Racketeering; 18 U.S.C. § 3: Accessory After the Fact; 18 U.S.C. § 924(c)(1)(A)(iii): Possessing, Using, Carrying, and Discharging a Firearm in Furtherance of, and During and in Relation to, a Crime of Violence; 18 U.S.C. §§ 1963, 981(a)(1)(C), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

```
            "El Omisidio,"
EDWIN MARTINEZ,
   aka "Desorden,"
ERICK EDUARDO ROSALES ARIAS,
   aka "Gix" and
        "Extrano,"
BRYAN ALEXANDER ROSALES ARIAS,
   aka "Yela,"
        "Rebelde,"
CARLOS DANIEL ORELLANA
      GONZALEZ,
   aka "Daniel Garcia Gonzalez"
    and "Chellito,"
MARIO FLORES VASQUEZ,
   aka "Gato" and
        "Acertijo,"
JOSE JONATHAN CASTILLO,
   aka "Diabolico,"
JORGE LAINEZ,
   aka "Pollo,"
PAOLA GUEVARA,
   aka "Paola Vasquez,"
JOSE ALFREDO FLORES AYALA,
   aka "Little Blackie" and
        "El Black," and
HECTOR OLIVA MELENDEZ,
   aka "Puka" and
        "Puca,"

            Defendants.
```

The Grand Jury charges:

GENERAL ALLEGATIONS

At times relevant to this Fourth Superseding Indictment:

A.    THE RACKETEERING ENTERPRISE

1.    Defendants ANGEL AMADEO GUZMAN, aka "Splinter" and "Desastre" ("GUZMAN"); EVER JOEL MORALES, aka "Bandita," "Catracho," "Conejo," and "Angel Malvado" ("E. MORALES"); FERNANDO GARCIA PARADA, aka "Chaos," "Caprichoso," and "Penny" ("GARCIA"); KEVIN ARTEAGA, aka "Street Boy" and "Lucifer" ("ARTEAGA"); EDGARD VELASQUEZ, aka "Snoopy" ("VELASQUEZ"); WALTER CHAVEZ LARIN, aka "Delito," "Dexter," "Alexander Chavez," and "Daniel Gomez" ("CHAVEZ"); YEFRI ALEXANDER

REVELO, aka "Silent" ("REVELO"); BRYAN ALBERTO ORDONES ("ORDONES"); ROBERTO ALEJANDRO CORADO ORTIZ, aka "Infernal" ("CORADO"); LUIS ARTURO GONZALEZ, aka "Guanako" and "El Omisidio" ("GONZALEZ"); EDWIN MARTINEZ, aka "Desorden" ("MARTINEZ"), CARLOS DANIEL ORELLANA GONZALEZ, aka "Daniel Garcia Gonzalez" and "Chellito" ("ORELLANA"); Erick Eduardo Rosales Arias, aka "Gix" and "Extrano" ("Rosales Arias"), Bryan Alexander Rosales Arias, aka "Yela" and "Rebelde" ("Rosales"); Mario Flores Vasquez, aka "Gato" and "Acertijo" ("Vasquez"); Jose Alfredo Flores Ayala, aka "Blackie" and "El Black" ("Flores Ayala"); and Hector Oliva Melendez, aka "Puka" and "Puca" ("Oliva") (collectively, the "defendants"), and others known and unknown to the Grand Jury, were members and associates of the Mara Salvatrucha street gang, otherwise known as MS-13 (hereinafter referred to as "MS-13"), a criminal organization operating in and around Los Angeles, California, whose members and associates engaged in, among other things, numerous acts of violence and other crimes, including murder, assault, robbery, extortion, trafficking in narcotics, and possessing dangerous weapons, including machetes and firearms.  MS-13 operated within the Central District of California and elsewhere.  MS-13, including its leaders, members, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Sections 1959(b)(2) and 1961(4), that is, a group of individuals associated in fact, although not a legal entity, which was engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

B.    BACKGROUND OF THE RACKETEERING ENTERPRISE

2.    Mara Salvatrucha was formed in Los Angeles in the mid-1980s and has been active ever since.  Mara Salvatrucha was a trans-national gang with members in at least ten states and several Central American countries, including El Salvador, Honduras, and Guatemala.  Mara Salvatrucha had a particular culture, as evidenced by the use of hand signals, tattoos related to devil's horns, the words "Mara Salvatrucha" or "MS-13," and tagging practices, all of which demonstrated individuals' association with, and membership in, the gang.  Mara Salvatrucha was organized and structured, and it operated pursuant to a code of conduct.

3.    In the 1990s in Los Angeles, Mara Salvatrucha distinguished itself by committing brutal acts of violence against rival gang members and non-gang members.  In the mid-1990s, Mara Salvatrucha became associated with the Mexican Mafia, commonly referred to as "la Eme" (which translates in English to "the M") and added the number "13" to its name.  The number "13" marks the 13th letter of the alphabet: "M."  Thus, Mara Salvatrucha became "MS-13," signifying its loyalty to the Mexican Mafia.  The Mexican Mafia was a criminal organization that operated within the California state prison system, the federal prison system, and the streets and suburbs of large cities throughout Southern California.  By controlling the criminal activities occurring within prison facilities, providing protection for imprisoned members and associates of Hispanic gangs, and imposing discipline, often in the form of acts of violence, against both individuals and street gangs who fail to adhere to its directives, the Mexican Mafia rose to the position where it exercised control over Hispanic street gangs operating throughout the southern half of

4

the State of California.  Specifically, its individual members
controlled one or more Hispanic street gangs, which served as the
power base through which the Mexican Mafia members operated their
individual criminal enterprises.  In order to join a gang affiliated
with the Mexican Mafia, including MS-13 in Los Angeles, a prospective
member would be beaten, typically by three members of the gang, for
13 seconds while another member of the gang, typically a shot caller,
would count aloud for 13 seconds.  In return for its integration into
the Mexican Mafia, as well as payment of rent to the Mexican Mafia,
MS-13 members received the Mexican Mafia's protection in the
neighborhoods and in prison.

       4.   While MS-13 originated in Los Angeles, MS-13's ranks
increased dramatically over the years as its members were deported to
El Salvador.  The Salvadoran civil war left El Salvador's civilian
population uneasy and mistrustful of the new government, making room
for anti-establishment groups, including MS-13.  As MS-13's numbers
swelled in Los Angeles and El Salvador, MS-13 members also traveled
to, and settled in, other cities and areas in the United States,
including New York, Virginia, Maryland, and Texas.  As a result, MS-
13 operated nationally and internationally, with more than ten
thousand members regularly conducting gang activities in at least ten
states and Washington, D.C., with tens of thousands more conducting
gang activities in El Salvador, Honduras, Guatemala, and Mexico.

       5.   MS-13 operated through subsets known as "cliques," which
were usually named for a street within a clique's territory, or for
the neighborhood in which the clique operated.  MS-13 had
approximately 15 cliques operating in Los Angeles, including, but not
limited to, Fulton, Francis, Directos Locos, and Los Angeles Locos.

Beginning in approximately 2015, Salvadoran-based clique members of the Directos Locos and Los Angeles Locos Salvatruchas cliques came to Los Angeles.  The MS-13 members associated with the Directos Locos and Los Angeles Locos Salvatruchas cliques committed crimes and associated with the Fulton clique in Los Angeles.  The Fulton clique in Los Angeles claimed territory in Van Nuys, North Hollywood, and Panorama City, all within Los Angeles County.

6.    There were five levels of MS-13 clique membership:

a.    The lowest level was "*paro*."  A *paro* was someone who ultimately wanted to join MS-13 and was allowed to patrol the neighborhood controlled by the Fulton clique.  If rival gang members were present, a *paro* would be required to remove them from the neighborhood.  *Paros* were not allowed to throw MS-13 hand signs because they had not yet earned the right to do so.

b.    The next level was "*observacion*."  An *observacion* exercised control over the *paros*.  *Observacions* patrolled Fulton clique territory more regularly and effectively than Paros.  An *observacion* was someone who had not yet killed, but who had likely participated in a beating or stabbing.  *Observacions* were allowed to throw half of an MS-13 hand sign, but not the full sign.

c.    The next level was "*chequeo*."  *Chequeos* were required to seek out a murder to commit.  *Chequeos* were authorized to graffiti "MS-13" and were responsible for tagging the Fulton clique territory with "MS-13" graffiti.  *Chequeos* were invited to discuss clique business with homeboys and would have been aware of the clique's finances.

d.    The next level was "homeboy."  A homeboy could not be told what to do by almost anyone else in the clique.  A homeboy would

1  have put in a lot of "work" for the clique, meaning the homeboy would
2  have killed, robbed, extorted, or sold drugs on behalf of the clique.
3  As a result, homeboys could throw MS-13 hand signs, write graffiti,
4  and travel to differing neighborhoods without seeking permission.
5  Homeboy eligibility was dependent upon whether, as a *chequeo*, the
6  *chequeo* had participated in a murder.  Once the *chequeo* had killed
7  and put in enough work for the clique, the *chequeo* was eligible to
8  receive the official 13-second beating.  Once a *chequeo* received the
9  13-second beating, the *chequeo* became a homeboy.  In Los Angeles,
10  because the year 2018 ended in "18," which represented MS-13's chief
11  rival gang, 18th Street, MS-13's Fulton clique did not allow any
12  *chequeos* to become homeboys in 2018.  However, just after midnight on
13  January 1, 2019, several *chequeos* received their 13-second beatings
14  and became homeboys.

15        e.    The highest level was "*corredor*."  A *corredor* was the
16  top homeboy in the clique who had command over all of the homeboys,
17  *chequeos, observacions*, and *paros*.  The *corredor* could order killings
18  and spoke to other cliques and gangs in Los Angeles on behalf of the
19  Fulton clique.

20        7.    Beginning in approximately 2014, MS-13's Fulton clique in
21  Los Angeles recruited young Salvadoran men to patrol the territory
22  that the Fulton clique claimed in the hopes of increasing the Fulton
23  clique's power in the San Fernando Valley of Los Angeles.  The Fulton
24  clique groomed its *paros*, *observacions*, and *chequeos* to become full
25  homeboys.  In 2016, the Fulton clique decided to break from MS-13's
26  traditional program in Los Angeles in favor of a traditional
27  Salvadoran Mara Salvatrucha program.  The key difference between MS-
28  13's traditional Los Angeles program and MS-13's Salvadoran program

7

1   was that the Salvadoran program required a prospective member to have

2   committed at least one homicide before becoming a homeboy.

3   Participation in violent acts increased the respect accorded to

4   prospective and active MS-13 members who committed violent acts.

5   Additionally, commission of violent acts by MS-13 members enhanced

6   the gang's overall reputation for violence in the community,

7   resulting in the intimidation of citizens in MS-13's territory.

8   After a *paro*, *observacion*, or *chequeo* in MS-13's Fulton clique in Los

9   Angeles had put in enough work and committed at least one homicide,

10  the Fulton clique adhered to the Los Angeles program's way of jumping

11  in a new member by subjecting the prospective member to a 13-second

12  beating by multiple homeboys, with a leader or shot caller counting

13  aloud for 13 seconds.

14      8.   MS-13's Fulton clique in Los Angeles controlled the

15  Whitsett Sports Field, located in North Hollywood and bordered on the

16  west by Whitsett Avenue, the north by Sherman Way, the south by

17  Vanowen Street, and the east by the Hollywood Freeway (CA 170) in

18  North Hollywood, California ("Whitsett Park").  Nearly every

19  available surface of Whitsett Park, including walls, construction

20  containers, bathrooms, adjacent residences, trees, and alleys, was

21  covered in MS-13 and Fulton clique graffiti.  MS-13's Fulton clique

22  members, as well as Directos Locos and Los Angeles Locos Salvatruchas

23  members, routinely gathered and met at Whitsett Park to sell drugs,

24  ingest marijuana, extort park vendors, discuss gang business, and

25  commit acts of violence, including shootings and robberies.

26      9.   Additionally, MS-13's Fulton clique in Los Angeles

27  controlled and congregated in the wash area located at the entrance

28  to the Los Angeles riverbed at Fulton Avenue and Vanowen Street in

8

North Hollywood, California ("The Wash").  MS-13 and Fulton clique members routinely gathered at The Wash to ingest marijuana, tag graffiti, and discuss gang business.

10.  MS-13 members and associates also assembled at "destroyers," which were typically abandoned structures, including houses and apartments, to ingest drugs, socialize, and discuss gang business.  The destroyers were typically covered in MS-13 graffiti. On some occasions, MS-13 members of the Fulton clique carried out acts of violence, including murder, at destroyers with members of the Francis and Park View cliques.

11.  With the exception of marijuana, MS-13 members were prohibited from ingesting narcotics, specifically methamphetamine, and could be killed for using them.  MS-13 required its members to regularly report to the clique and disallowed anyone from leaving the clique without authorization.  Leaving the clique or failing to report resulted in a penalty of death.  Additionally, MS-13 had zero tolerance for members and associates who cooperated with law enforcement.  Once MS-13 had evidence that someone cooperated with law enforcement, by reputation, word of mouth, or by receiving and reviewing law enforcement reports or videos of interviews, MS-13 would issue a "green light" as to that person, which was an order that if any MS-13 member saw the person who was allegedly or actually cooperating with law enforcement, that person was to be killed on sight.

12.  MS-13 members derived income from narcotics sales, extortion, and robbery.  With respect to narcotics sales, MS-13 members sold narcotics, including methamphetamine and marijuana, in MS-13's controlled territory.  Individual MS-13 members who sold

9

narcotics were often required to provide a portion of their narcotics
proceeds to the shot caller of the clique.  With respect to
extortion, the shot caller typically identified targets for extortion
and identified clique members who were authorized to extort specific
vendors.  MS-13 extorted both legitimate and illegitimate businesses
alike.  These businesses were often owned or run by illegal
immigrants, who rarely reported this extortion to law enforcement,
despite the threats of violence that usually accompanied the
extortion.  MS-13 members who recently came to Los Angeles also
resorted to robbery for cash, cellular telephones, and Nike Cortez
tennis shoes, favored by MS-13 members.

13.  Additionally, MS-13 received income from the collection of
proceeds from MS-13 controlled "casitas."  Casitas were gang-
associated establishments where illicit activity was conducted, often
times involving prostitution, gambling, and the sale of alcohol and
narcotics.  These casitas were known to operate twenty-four hours a
day, but were the busiest between 2:00 a.m. and 6:00 a.m., after all
California Department of Alcoholic Beverage Control ("ABC") licensed
establishments were closed.  MS-13 members, as well as non-gang-
affiliated members of the neighborhood and surrounding neighborhood
who were not U.S. citizens, but lived in the United States, known as
"paisas," frequented the casitas and engaged in prostitution,
gambling, consumption of drugs and alcohol, and sales of drugs and
alcohol.  The MS-13 associate or member running the casita collected
the profits from all sales of drugs and alcohol, prostitution, and
gambling.  The MS-13 associate or member running the casita also paid
a portion of the casita's profits, known as "rent," typically to the
shot callers of the clique who controlled the neighborhood.

10

1  C.    PURPOSES OF THE ENTERPRISE

2      14.   The purposes of the MS-13 enterprise included, but were not

3  limited to, the following:

4          a.    Asserting and maintaining MS-13's power, control, and

5  authority over its territory, often through threats, intimidation,

6  and acts of violence committed against rival and perceived rival gang

7  members, also known as *chavalas,* those believed to have cooperated

8  with law enforcement, and MS-13 members who violated MS-13's rules

9  and codes of conduct or tried to leave MS-13;

10          b.    Violently retaliating against rival gang members or

11  perceived outsiders who challenged MS-13's authority;

12          c.    Preserving, promoting, and protecting the power,

13  territory, and profits of MS-13 and its members and associates

14  through threats of violence and actual acts of violence, including

15  robbery, extortion, assault, attempted murder, and murder;

16          d.    Exposing and punishing MS-13 members and associates

17  who were perceived to have violated MS-13's code of conduct;

18          e.    Profiting from robberies, extortion, and the sales of

19  narcotics; and

20          f.    Expanding and growing MS-13 to ensure dominance and

21  power on the streets.

22  D.    MEANS AND METHODS OF THE ENTERPRISE

23      15.   The means and methods by which the defendants and other MS-

24  13 members and associates conducted and participated in the conduct

25  of the affairs of the MS-13 enterprise included the following:

26          a.    Members and associates of the enterprise conspired to

27  commit, attempted to commit, and committed acts of violence to

28  protect and expand the enterprise's criminal operation and to

11

initiate new members into the enterprise, including assault and murder directed against rival or perceived rival gang members (*chavalas*), MS-13 members who cooperated with law enforcement or were perceived to have cooperated with law enforcement, and MS-13 members who violated MS-13's rules and tried to leave the enterprise or fell out of favor;

b. Members and associates of the enterprise acquired, possessed, carried, and used deadly weapons, including firearms and machetes, in the course of the criminal enterprise's criminal activities;

c. Members and associates of the enterprise promoted a climate of fear in the community through threats of harm and violence;

d. Members and associates of the enterprise participated in narcotics trafficking, including the purchase and sale of controlled substances, extortion, firearms sales, robberies, burglaries, and the operation and collection of rent from casitas to generate income;

e. Members and associates of the enterprise frequently engaged in the aforementioned criminal activity in the presence of and with MS-13 gang members and/or associates from other cliques in order to enhance the status within MS-13 of those affirmatively conducting criminal acts;

f. Members and associates of the enterprise used various techniques to avoid law enforcement scrutiny of the enterprise's criminal activities and to evade and frustrate law enforcement, such as the use of coded language to discuss criminal activities, counter-

surveillance techniques, the concealment of members who had recently committed crimes, and regularly replacing cellular telephones; and

        g.   Members and associates of the enterprise communicated with one another about committing acts of violence using social media platforms and regularly posted photographs depicting MS-13 imagery, firearms, and machetes.

1        COUNT ONE

2        [18 U.S.C. § 1962(d)]

3   [DEFENDANTS GUZMAN, E. MORALES, GARCIA, ARTEAGA, VELASQUEZ, CHAVEZ,

4        REVELO, ORDONES, CORADO, GONZALEZ, MARTINEZ, and ORELLANA]

5        Paragraphs 1 through 15 of the General Allegations are re-

6   alleged and incorporated here.

7   A.   OBJECT OF THE RACKETEERING CONSPIRACY

8        Beginning on a date unknown, and continuing to on or about

9   January 10, 2024, in Los Angeles County, within the Central District

10  of California, and elsewhere, defendants GUZMAN, E. MORALES, GARCIA,

11  ARTEAGA, VELASQUEZ, CHAVEZ, REVELO, ORDONES, CORADO, GONZALEZ,

12  MARTINEZ, and ORELLANA, and others known and unknown to the Grand

13  Jury, being persons employed by and associated with MS-13, an

14  enterprise which was engaged in, and the activities of which

15  affected, interstate and foreign commerce, knowingly and

16  intentionally conspired to violate Title 18, United States Code,

17  Section 1962(c), that is, to conduct and participate, directly and

18  indirectly, in the conduct of the affairs of the enterprise through a

19  pattern of racketeering activity, as that term is defined in Title

20  18, United States Code, Sections 1961(1) and 1961(5), consisting of:

21       1.   Multiple acts involving murder, in violation of California

22  Penal Code Sections 21a, 31, 182, 187, 189, 190, and 664;

23       2.   Multiple acts involving extortion, in violation of

24  California Penal Code Sections 21a, 31, 182, 518, 519, 520, and 664;

25  and

26       3.   Multiple offenses involving trafficking in controlled

27  substances, in violation of Title 21, United States Code, Sections

28  841(a)(1) and 846.

14

1    It was a further part of the conspiracy that each defendant

2 agreed that a conspirator would commit at least two acts of

3 racketeering in the conduct of the affairs of the enterprise.

4 B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

5    ACCOMPLISHED

6    The object of the conspiracy was to be accomplished in substance

7 as follows:

8    1.    Defendants GUZMAN, VELASQUEZ, and CHAVEZ, and others known

9 and unknown to the Grand Jury, were shot callers and leaders of MS-

10 13's Fulton clique.  Specifically, defendant VELASQUEZ was the

11 *corredor*, or first word, as represented by defendant VELASQUEZ's

12 tattoo, "FULTON ranflero," and defendants GUZMAN and CHAVEZ were the

13 second *corredors*, or second word, of the Fulton clique.  As the

14 leaders of the clique, defendants GUZMAN, VELASQUEZ, and CHAVEZ would

15 plan how to kill victims without being detected by law enforcement,

16 authorizing and sanctioning murders of rival gang members and/or

17 enemies, and others who were perceived to have wronged MS-13 in some

18 way, such as cooperating with law enforcement or attempting to

19 abandon MS-13.  Defendants GUZMAN, VELASQUEZ, and CHAVEZ would

20 oversee the day-to-day operations of the Fulton clique.

21    2.    Defendants GUZMAN, E. MORALES, GARCIA, ARTEAGA, CHAVEZ,

22 REVELO, ORDONES, CORADO, GONZALEZ, MARTINEZ, and ORELLANA, and others

23 known and unknown to the Grand Jury, would commit acts of violence,

24 including murders and attempted murders, against citizens of the

25 community, rival gang members, MS-13 members who tried to leave the

26 enterprise, and MS-13 members who cooperated with law enforcement, or

27 were perceived as cooperating with law enforcement, to maintain and

28

15

1  increase positions in MS-13, and to promote and further the

2  activities of MS-13.

3      3.  Defendants GUZMAN, E. MORALES, GARCIA, ARTEAGA, CHAVEZ,

4  GONZALEZ, and MARTINEZ, and others known and unknown to the Grand

5  Jury, would commit acts of kidnapping by taking victims, either

6  forcibly or by instilling fear through other means, to remote areas,

7  including the mountains located within the Angeles National Forest,

8  and elsewhere, to maintain and increase positions in MS-13, and to

9  promote and further the activities of MS-13.

10      4.  Defendants VELASQUEZ, CHAVEZ, and GARCIA, and others known

11  and unknown to the Grand Jury, would extort legitimate and

12  illegitimate businesses who operated in MS-13's Fulton clique

13  territory in the San Fernando Valley of Los Angeles.  The extortion

14  proceeds were used to pay the Fulton clique's rent to the Mexican

15  Mafia, as well as for purchasing weapons on behalf of the clique.

16      5.  Defendants GUZMAN, GARCIA, VELASQUEZ, and CHAVEZ, and

17  others known and unknown to the Grand Jury, would possess and

18  distribute controlled substances to other MS-13 members in other

19  states, as well as within neighborhoods controlled by MS-13.

20  C.  OVERT ACTS

21      In furtherance of the conspiracy, and to accomplish the object

22  of the conspiracy, on or about the following dates, defendants

23  GUZMAN, E. MORALES, GARCIA, ARTEAGA, VELASQUEZ, CHAVEZ, REVELO,

24  ORDONES, CORADO, GONZALEZ, MARTINEZ, and ORELLANA, and others known

25  and unknown to the Grand Jury, committed various overt acts within

26  the Central District of California, and elsewhere, including, but not

27  limited to, the following:

28

Overt Act No. 1:    On February 18, 2012, via Facebook,
defendant VELASQUEZ posted a photograph of himself posing in front of
a four door sedan, believed to have been used in the April 6, 2014
murder of B.R., holding a firearm and flashing an MS-13 hand sign.

Overt Act No. 2:    On February 22, 2013, via Facebook,
defendant VELASQUEZ posted a photograph of himself lying down,
holding an assault rifle with his finger on the trigger and a semi-
automatic pistol on his stomach.

Overt Act No. 3:    On June 1, 2013, via Facebook, defendant
VELASQUEZ posted a shirtless photograph of himself wherein a "Mara
Salvatrucha" tattoo is visible on his chest and an "EME" tattoo is
visible on his right shoulder.

Overt Act No. 4:    On November 10, 2013, at the El Cafetalito
restaurant and club, located at 8700 Woodman Avenue, Pacoima,
California, within MS-13 territory, defendant VELASQUEZ said, "La
Mara," racked a round in his pistol, shot L.M., and left the scene in
his Mercedes-Benz.

Overt Act No. 5:    On November 10, 2013, shortly after the
shooting at El Cafetalito of L.M., a conspirator texted defendant
VELASQUEZ that there was "no problem with the owners," referring to
the owners of El Cafetalito.

Overt Act No. 6:    On November 11, 2013, the day after the
shooting of L.M., defendant VELASQUEZ drove his Mercedes-Benz used at
the El Cafetalito shooting to a conspirator's auto body shop so that
the conspirator could disguise it with new paint.

Overt Act No. 7:    On November 12, 2013, defendant VELASQUEZ
and a conspirator exchanged several text messages wherein defendant
VELASQUEZ, who said he was in Tijuana, Mexico, inquired whether the

17

conspirator spoke to the "guy from Cafetal," referring to the restaurant and bar where L.M. was shot.  The conspirator told defendant VELASQUEZ that he spoke with the security guard and would tell defendant VELASQUEZ about it the next day.

Overt Act No. 8:   On February 24, 2014, via Facebook, defendant VELASQUEZ posted a photograph of himself holding an AK-47 style assault rifle.

Overt Act No. 9:   On April 6, 2014, in the area of Kester Avenue in Van Nuys, California, within MS-13 territory, conspirators approached B.R., C.A, and T.M., inquired where they were from, and informed them that they were in Mara Salvatrucha territory; a conspirator then ran after B.R., and shot and killed B.R., after which the conspirator retreated into defendant VELASQUEZ's four door sedan, after which defendant VELASQUEZ and the conspirator fled the scene.

Overt Act No. 10:   On April 7, 2014, at a conspirator's business, within MS-13 territory, defendant VELASQUEZ and conspirators attended a Fulton clique meeting to discuss whether the conspirator, who shot and killed B.R., should be disciplined because the conspirator also accidentally shot a Fulton clique member.

Overt Act No. 11:   On January 22, 2015, via Facebook Messenger, defendant VELASQUEZ discussed buying a firearm in exchange for $700.

Overt Act No. 12:   On April 13, 2015, via Facebook Messenger, a conspirator reported to defendant VELASQUEZ.

Overt Act No. 13:   On August 9, 2015, at the Cali Viejo Restaurant, within MS-13's Hollywood clique territory, defendant ARTEAGA gathered with conspirators who shot a rival gang member.

Overt Act No. 14:  On August 15, 2015, at the Little San
Salvador Nightclub and Restaurant, located at 901 N. Western Avenue,
Los Angeles, California, within MS-13's Hollywood clique territory
("Little San Salvador"), conspirators and longtime MS-13 members
groomed defendants REVELO, GARCIA, ARTEAGA, and a conspirator for
membership in MS-13 when the conspirators shot and killed E.M. and
stabbed H.M. and S.B.

Overt Act No. 15:  On August 16, 2015, at Vanowen Street and
Whitsett Avenue, in North Hollywood, California, within MS-13's
Fulton clique territory, defendants REVELO, CHAVEZ, E. MORALES, and
ARTEAGA, and conspirators challenged D.M., who they believed to be a
rival gang member, by asking, "where you fucking from!"

Overt Act No. 16:  On August 16, 2015, defendant CHAVEZ stepped
in front of D.M.'s vehicle so that a conspirator could shoot D.M.

Overt Act No. 17:  On September 27, 2015, in Los Angeles,
California, defendant VELASQUEZ, on behalf of the Fulton clique, and
dozens of conspirators, attended an MS-13 general leadership meeting.

Overt Act No. 18:  On October 15, 2015, in the area of Whitsett
Avenue in North Hollywood, California, within MS-13's Fulton Clique
territory, defendants GARCIA and ARTEAGA, and conspirators,
associated with one another in a known MS-13 area.

Overt Act No. 19:  On November 10, 2015, defendants ARTEAGA and
REVELO, and conspirators gathered in the area of The Wash.

Overt Act No. 20:  On November 10, 2015, in the area of The
Wash, defendant ARTEAGA, in the presence of defendants REVELO and
conspirators, attempted to shoot a rival gang member in a vehicle,
but actually shot an innocent bystander.

Overt Act No. 21:  On August 14, 2016, at Whitsett Park, defendants GARCIA and ARTEAGA, and conspirators, discussed whether an MS-13 member's son was cooperating with law enforcement against MS-13 members and that a conspirator disposed of the firearm used during the August 16, 2015 shooting of D.M.

Overt Act No. 22:  On September 8, 2016, defendant GARCIA and conspirators, were at The Wash and possessed a .22 caliber handgun loaded with nine .22 live rounds, a ten-inch knife, and a can of blue spray paint.

Overt Act No. 23:  On September 24, 2016, a conspirator lured S.O.M. to the 99 Cents Store in El Monte, California so that defendant CHAVEZ could kill S.O.M.

Overt Act No. 24:  On September 24, 2016, approximately ten minutes before defendant CHAVEZ shot and killed S.O.M., Flores Ayala called defendant VELASQUEZ from the scene of the murder.

Overt Act No. 25:  On September 24, 2016, defendant CHAVEZ and Oliva, driving a U-Haul, Flores Ayala, and two conspirators traveled to the 99 Cents Store in El Monte to kill S.O.M., who arrived at the same location.

Overt Act No. 26:  On September 24, 2016, Oliva parked the U-Haul near S.O.M.'s vehicle whereupon defendant CHAVEZ, wearing a long, curly wig, got out of the U-Haul and shot S.O.M., killing him.

Overt Act No. 27:  On September 24, 2016, in the minutes leading up to and immediately after defendant CHAVEZ shot and killed S.O.M., Flores Ayala and Oliva were in telephonic contact with each other and the conspirator who lured S.O.M. to the 99 Cents Store in El Monte, California.

1    <u>Overt Act No. 28:</u>   On September 24, 2016, less than an hour

2   after defendant CHAVEZ shot and killed S.O.M., Flores Ayala called

3   defendant VELASQUEZ and then placed two calls to El Salvador.

4    <u>Overt Act No. 29:</u>   On September 24, 2016, after defendant

5   CHAVEZ shot and killed S.O.M., defendant CHAVEZ asked a conspirator

6   to drive him to defendant VELASQUEZ's ranch in Palmdale, California

7   so that defendant CHAVEZ could burn the wig and the clothing he wore

8   during the shooting.

9    <u>Overt Act No. 30:</u>   On September 24, 2016, a conspirator drove

10   defendant CHAVEZ to defendant VELASQUEZ's ranch in Palmdale,

11   California, where defendant CHAVEZ burned the wig and clothing he

12   wore during the shooting of S.O.M., and attempted to remove the

13   gunshot residue from his hands.

14    <u>Overt Act No. 31:</u>   On January 9, 2017, a conspirator received a

15   photograph on Facebook of himself, defendants GUZMAN, GARCIA, and

16   ARTEAGA, and conspirators at Whitsett Park.

17    <u>Overt Act No. 32:</u>   On January 15, 2017, a conspirator posted a

18   photograph on his Facebook page depicting himself and defendants

19   GUZMAN, GARCIA, and ARTEAGA, and conspirators, throwing MS-13 hand

20   signs.

21    <u>Overt Act No. 33:</u>   On January 23, 2017, using coded language

22   via Facebook Messenger, defendant GUZMAN and a conspirator discussed

23   that the conspirator had lost the clique's drug proceeds and a scale.

24    <u>Overt Act No. 34:</u>   On February 8, 2017, in the area of

25   Coldwater Canyon Avenue and Vanowen Street in North Hollywood,

26   California, within MS-13's Fulton Clique territory, defendants E.

27   MORALES and ARTEAGA, and a conspirator met in a known MS-13

28   stronghold.

<u>Overt Act No. 35:</u>   On February 11, 2017, using coded language via Facebook Messenger, defendant GUZMAN told a conspirator that defendants VELASQUEZ and CHAVEZ asked defendant GUZMAN to paint graffiti in Whitsett Park.

<u>Overt Act No. 36:</u>   On February 18, 2017, using coded language via Facebook Messenger, defendant CHAVEZ requested notes about narcotics sales from a conspirator, and they discussed how the proceeds should be used for the Fulton clique.

<u>Overt Act No. 37:</u>   On February 27, 2017, a conspirator posted a photograph on Facebook of defendants GARCIA and conspirators throwing MS-13 hand signs with a sticker titled, "Big barrio eMes X3," for MS-13.

<u>Overt Act No. 38:</u>   Prior to March 6, 2017, but after January 1, 2017, defendants GUZMAN, VELASQUEZ and CHAVEZ met with a conspirator from another MS-13 clique at an abandoned church occupied by defendant VELASQUEZ to discuss methods to commit murders without detection by law enforcement, to include kidnapping the victim and bringing the victim to a remote location, like the mountains, where there would be no video surveillance cameras, phone service, or witnesses.

<u>Overt Act No. 39:</u>   On March 6, 2017, defendants VELASQUEZ and GUZMAN had telephonic contact approximately four times prior to the murder of J.S.

<u>Overt Act No. 40:</u>   On March 6, 2017, the Fulton clique held a meeting in Whitsett Park.  After the meeting, defendants GUZMAN, GARCIA, and FLORES, and a conspirator saw J.S., whom the clique had decided to murder.

22

1    Overt Act No. 41:    On March 6, 2017, defendants GUZMAN and
2    GARCIA, and conspirators, went to The Wash for the purpose of
3    assaulting and abducting J.S., an alleged rival gang member who was
4    believed to have crossed out MS-13 graffiti and who was addicted to
5    methamphetamine.

6    Overt Act No. 42:    On March 6, 2017, defendants GUZMAN and
7    GARCIA, and conspirators, choked J.S.

8    Overt Act No. 43:    On March 6, 2017, defendants GUZMAN and
9    GARCIA, and conspirators placed J.S. in a conspirator's vehicle, and
10   drove to the Angeles National Forest, located in an unincorporated
11   area of Los Angeles County.

12   Overt Act No. 44:    On March 6, 2017, while en route to the
13   Angeles National Forest, defendants GUZMAN and VELASQUEZ spoke on the
14   phone wherein defendant GUZMAN informed defendant VELASQUEZ of the
15   plan to kill J.S., and defendant VELASQUEZ authorized it.

16   Overt Act No. 45:    On March 6, 2017, in the Angeles National
17   Forest, defendants GUZMAN, E. MORALES, and GARCIA, and conspirators,
18   attacked J.S. with a machete, killing and dismembering J.S.

19   Overt Act No. 46:    On March 6, 2017, in the Angeles National
20   Forest, defendant GUZMAN carved out J.S.'s heart.

21   Overt Act No. 47:    On March 6, 2017, in the Angeles National
22   Forest, defendants GUZMAN, E. MORALES, and GARCIA, and conspirators
23   threw J.S.'s body parts into a canyon.

24   Overt Act No. 48:    On March 7, 2017, defendant VELASQUEZ was in
25   telephonic contact with defendant GUZMAN, approximately six times,
26   and a conspirator after they participated in the murder of J.S.

27   Overt Act No. 49:    On March 7, 2017, in Van Nuys, California,
28   defendants GUZMAN, E. MORALES, GARCIA, VELASQUEZ, and CHAVEZ, and

23

conspirators, met at an abandoned church occupied by defendant
VELASQUEZ to discuss the murder of J.S.

Overt Act No. 50:    On March 7, 2017, in Van Nuys, California,
defendant GUZMAN showed defendant VELASQUEZ photographs of J.S.'s
body that were taken by a conspirator to prove and verify that
defendants GUZMAN, E. MORALES, and GARCIA, and conspirators, killed
J.S.

Overt Act No. 51:    On March 14, 2017, using coded language, via
Facebook Messenger, defendants CHAVEZ and a conspirator discussed
which new moniker the conspirator should take now that the
conspirator participated in J.S.'s murder, and defendant CHAVEZ
suggested "Predator."

Overt Act No. 52:    On March 17, 2017, defendants GUZMAN and a
conspirator were at a destroyer in MS-13's Francis clique territory.

Overt Act No. 53:    On March 22, 2017, using coded language, via
Facebook Voice, defendant GUZMAN asked a conspirator to pick up two
ounces of narcotics.

Overt Act No. 54:    On March 26, 2017, using coded language, via
Facebook Messenger, defendant GUZMAN told defendant E. MORALES that
defendant VELASQUEZ wanted to see them at the upcoming MS-13 meeting.

Overt Act No. 55:    On March 31, 2017, defendant REVELO and a
conspirator, who was an MS-13 member, gathered at The Wash dressed in
MS-13 attire.

Overt Act No. 56:    On April 9, 2017, in the area of Vanowen
Street and Hazeltine Avenue in Van Nuys, California, within MS-13's
Fulton clique territory, defendants GONZALEZ and ORELLANA, and
conspirators met with another known MS-13 member.

24

Overt Act No. 57:   On April 11, 2017, using coded language, via Facebook Voice Message, defendants GUZMAN and GONZALEZ discussed defending MS-13's territory.

Overt Act No. 58:   On April 11, 2017, via Facebook, defendant CHAVEZ expressed his unwavering loyalty to MS-13 and defendant VELASQUEZ, the Fulton clique's *corredor*.

Overt Act No. 59:   On April 14, 2017, using coded language via text message, defendant VELASQUEZ discussed selling narcotics to a shot caller of Maryland's Fulton clique.

Overt Act No. 60:   On April 14, 2017, using coded language via text message, defendant VELASQUEZ directed the Maryland MS-13 Fulton clique shot caller to contact Vides regarding the narcotics sales.

Overt Act No. 61:   On April 14, 2017, using coded language via text message, defendant VELASQUEZ recommended to the Maryland MS-13 Fulton clique shot caller that he discuss the upcoming narcotics sales with defendants GUZMAN and VELASQUEZ.

Overt Act No. 62:   On April 17, 2017, via Facebook, a conspirator posted a photograph of himself, throwing an MS-13 hand sign, with defendant GUZMAN.

Overt Act No. 63:   On April 17, 2017, via Facebook messenger, defendant GUZMAN told defendants E. MORALES and ARTEAGA that defendant VELASQUEZ wanted to meet with them.

Overt Act No. 64:   On April 19, 2017, via Facebook messenger, defendants GUZMAN, GARCIA, CHAVEZ, ARTEAGA, and GONZALEZ, and a conspirator participated in a group chat wherein defendant CHAVEZ denounced the United States Government for trying to eliminate MS-13 in the United States and threatened to go to war with local law enforcement.

1    Overt Act No. 65:    On April 20, 2017, Vasquez, a conspirator,

2    and two female juvenile conspirators, drove G.B. to the Angeles

3    National Forest, where defendants GUZMAN and ORDONES, and

4    conspiratorS were waiting, for the purposes of murdering G.B. because

5    MS-13 believed that G.B. cooperated with law enforcement.

6    Overt Act No. 66:    On April 20, 2017, in the Angeles National

7    Forest, defendant GUZMAN struck G.B. in the back of the head with a

8    pistol, knocking G.B. to the ground.

9    Overt Act No. 67:    On April 20, 2017, in the Angeles National

10   Forest, Vasquez struck G.B. in the head with a large rock.

11   Overt Act No. 68:    On April 20, 2017, in the Angeles National

12   Forest, defendant GUZMAN, Vasquez, and conspirators repeatedly struck

13   G.B. with a machete, killing him, while defendant ORDONES acted as a

14   lookout.

15   Overt Act No. 69:    On April 20, 2017, defendant VELASQUEZ had

16   telephonic contact with defendant GUZMAN three times after defendant

17   GUZMAN participated in the murder of G.B.

18   Overt Act No. 70:    On April 29, 2017, defendant VELASQUEZ

19   received a $900 wire transfer from a member of Maryland's MS-13

20   Fulton clique as payment for a half of a pound of marijuana.

21   Overt Act No. 71:    On May 7, 2017, in the area of Vanowen

22   Street and Nagle Avenue in Van Nuys, California, within MS-13's

23   Fulton Clique territory, defendants GUZMAN, E. MORALES, and FLORES

24   gathered in an area painted with MS-13 graffiti.

25   Overt Act No. 72:    On May 20, 2017, via Facebook messenger,

26   defendant GARCIA told defendants REVELO and a conspirator that they

27   needed to meet with defendant VELASQUEZ that day.

28

Overt Act No. 73:    On May 29, 2017, in the area of Francis Avenue and S. Hoover Street in Los Angeles, California, within MS-13 territory, defendant GUZMAN and conspirators gathered within MS-13's Francis Clique's territory.

Overt Act No. 74:    On May 31, 2017, defendant GARCIA received a $1,000 wire transfer from a member of Maryland's Fulton clique as payment for narcotics.

Overt Act No. 75:    On June 4, 2017, defendants GARCIA, CHAVEZ, and REVELO, and conspirators went to a destroyer located within MS-13 territory, wherein defendants CHAVEZ and conspirators decided to murder E.H. because E.H. claimed to be an MS-13 member when he was not.

Overt Act No. 76:    On June 4, 2017, defendants GARCIA and a conspirator discussed the area in the Angeles National Forest, where J.S. and G.B. were murdered, as a place where the group could murder E.H.

Overt Act No. 77:    On June 4, 2017, defendants GARCIA, CHAVEZ, and REVELO, and Castillo, Lainez, and Paola Guevara, and conspirators drove to the Angeles National Forest, to the spot where J.S. and G.B. were killed, intending to murder E.H.

Overt Act No. 78:    On June 4, 2017, defendants CHAVEZ, REVELO, and Castillo, Lainez, and Paola Guevara, and conspirators repeatedly struck E.H. with a machete and a knife, killing E.H., while defendants GARCIA and a conspirator acted as lookouts.

Overt Act No. 79:    On June 5, 2017, using coded language, via Facebook Messenger, defendant GARCIA told Paola Guevara that it was "cool" that she participated in the murder of E.H.

27

Overt Act No. 80:   On June 14, 2017, defendant GARCIA posted to his Facebook page a photograph of himself throwing MS-13 gang signs.

Overt Act No. 81:   On June 18, 2017, defendant GARCIA received a $500 wire transfer from a member of Maryland's MS-13 Fulton clique as payment for narcotics.

Overt Act No. 82:   On June 25, 2017, using coded language, via Facebook Messenger, defendant GUZMAN told a conspirator to delete photographs because it was not good for law enforcement to be able to identify them as MS-13 members.

Overt Act No. 83:   On June 27, 2017, via Facebook, Vides posted a photograph of himself and defendants GUZMAN, E. MORALES, GARCIA, and ARTEAGA, and conspirators, throwing MS-13 hand signs.

Overt Act No. 84:   On July 2, 2017, Flores Ayala gave defendant CHAVEZ a Raven Arms .25 caliber semi-automatic pistol that defendant CHAVEZ gave to defendant GUZMAN.

Overt Act No. 85:   On or about July 2, 2017, defendants GUZMAN, GARCIA, and CHAVEZ, and conspirators were in a vehicle in the Fulton clique's territory when defendant GUZMAN fired the Raven Arms .25 caliber semi-automatic pistol at a rival gang member.

Overt Act No. 86:   On July 3, 2017, using coded language, via Facebook Messenger, defendant GUZMAN told a conspirator that defendant GUZMAN had narcotics that the conspirator could sell.

Overt Act No. 87:   On July 5, 2017, on Goodland Avenue just south of Vanowen Street, in North Hollywood, California, defendants GUZMAN and a conspirator possessed the Raven Arms .25 caliber semi-automatic pistol and baggies containing cocaine inside a vehicle.

Overt Act No. 88:   On July 8, 2017, using coded language via Facebook messenger, defendant CHAVEZ told defendant GARCIA that

28

defendants VELASQUEZ and CHAVEZ both required portions of the clique's profits.

Overt Act No. 89:    On July 14, 2017, in the area of Vanowen Street and Balboa Boulevard in Van Nuys, California, within MS-13 territory, defendant GARCIA, with defendant REVELO as the passenger, drove the stolen van used during the June 4, 2017 murder of E.H.

Overt Act No. 90:    On July 19, 2017, defendants GARCIA and ARTEAGA and a conspirator posed for a photograph throwing MS-13 hand signs at the Big Tujunga Dam overlook, located within the Angeles National Forest, approximately one mile from the area where J.S., G.B., and E.H. were murdered.

Overt Act No. 91:    On July 20, 2017, via Facebook, defendant CHAVEZ posted a photograph of defendants GARCIA and a conspirator in which defendant GARCIA is throwing an MS-13 hand sign.

Overt Act No. 92:    On July 22, 2017, using coded language via Facebook messenger, defendant ORELLANA requested an extension of the deadline by which to pay his clique dues and defendant GUZMAN told defendant ORELLANA that he must ask defendant VELASQUEZ.

Overt Act No. 93:    On July 23, 2017, using coded language, via Facebook Messenger, defendant GUZMAN told a conspirator that defendant GUZMAN had narcotics the conspirator could sell.

Overt Act No. 94:    On July 26, 2017, defendant GARCIA posted to his Facebook page a photograph of himself throwing an MS-13 hand sign.

Overt Act No. 95:    On August 6, 2017, a conspirator posted to Facebook a photograph of defendants GUZMAN, E. MORALES, GARCIA, REVELO, and FLORES, and conspirators, throwing MS-13 hand signs, with defendant E. MORALES wielding a large knife.

1    <u>Overt Act No. 96:</u>  On August 7, 2017, using coded language, via

2  Facebook Messenger, defendant GUZMAN discussed narcotics distribution

3  with a conspirator.

4    <u>Overt Act No. 97:</u>  On August 9, 2017, defendant GARCIA and a

5  conspirator posed for a photograph, throwing MS-13 hand signs, at the

6  Big Tujunga Canyon dam outlook, in the Angeles National Forest,

7  approximately one mile from where victims J.S., G.B., and E.H. were

8  murdered.

9    <u>Overt Act No. 98:</u>  On August 14, 2017, in the area of Whitsett

10  Park, defendants REVELO and other conspirators, threw MS-13 hand

11  signs at the occupants of a vehicle, at least one of whom fired shots

12  at defendant REVELO.

13    <u>Overt Act No. 99:</u>  On August 15, 2017, defendants GUZMAN and

14  GARCIA, and a conspirator, painted MS-13 graffiti while in The Wash.

15    <u>Overt Act No. 100:</u>  On August 19, 2017, using coded language,

16  via Facebook Messenger, defendant GARCIA sent a photograph of a

17  semiautomatic rifle in response to a conspirator informing defendant

18  GARCIA of a person's whereabouts.

19    <u>Overt Act No. 101:</u>  On August 27, 2017, using coded language,

20  via Facebook Messenger, defendant GUZMAN told a conspirator to bring

21  the conspirator's machete to Whitsett Park.

22    <u>Overt Act No. 102:</u>  On September 4, 2017, a conspirator posted

23  photographs on his Facebook page of numerous MS-13 members, including

24  defendants GUZMAN, E. MORALES, GARCIA, ARTEAGA, and CHAVEZ, and other

25  conspirators, throwing MS-13 gang signs, and thanked them for "coming

26  over."

27    <u>Overt Act No. 103:</u>  On September 8, 2017, defendants GONZALEZ

28  and a conspirator approached victim B.C., yelled, "MS!", and inquired

whether B.C. was from a rival gang, Blythe Street, to which B.C. responded that he did not "gang bang."

Overt Act No. 104:  On September 8, 2017, defendants GONZALEZ and a conspirator  stabbed B.C. in the back and abdomen.

Overt Act No. 105:  On September 14, 2017, via Facebook voice, defendant GUZMAN and a conspirator discussed relocating defendant GONZALEZ and a conspirator, who had just stabbed B.C., to avoid law enforcement.

Overt Act No. 106:  On September 18, 2017, using coded language, via Facebook messenger, a conspirator discussed hiding defendant GONZALEZ and a conspirator, who had just stabbed B.C., in defendant VELASQUEZ's trailer, to avoid law enforcement.

Overt Act No. 107:  On September 18, 2017, defendants ARTEAGA, and ORELLANA were in a destroyer throwing MS-13 hand signs.

Overt Act No. 108:  On September 24, 2017, a conspirator posted to Facebook a photograph of himself and defendants REVELO and GARCIA throwing MS-13 hand signs.

Overt Act No. 109:  On October 3, 2017, via Facebook messenger, defendant CHAVEZ said that he was harvesting 100 marijuana plants at defendant VELASQUEZ's ranch in Palmdale, California.

Overt Act No. 110:  On October 3, 2017, via Facebook, a conspirator posted that he was with defendants GUZMAN, REVELO, and GONZALEZ.

Overt Act No. 111:  On October 20, 2017, defendants REVELO and GONZALEZ, and conspirators possessed an Amadeo Rossi .38 caliber special revolver, a machete, and marijuana near Erwin Park in Los Angeles.

1        <u>Overt Act No. 112:</u>  On October 30, 2017, defendants CORADO and

2   Rosales, and conspirators traveled to Lopez Canyon within the Angeles

3   National Forest to wait for B.A.

4        <u>Overt Act No. 113:</u>  On October 30, 2017, in the Angeles National

5   Forest, defendants CORADO and Rosales, and conspirators beat B.A.

6   with baseball bats and stabbed B.A. with knives, killing B.A., and

7   then threw B.A.'s body into a canyon.

8        <u>Overt Act No. 114:</u>  On November 3, 2017, defendants REVELO and

9   E. MORALES, and a conspirator were stopped in a vehicle in the area

10  of Rayen Street and Sepulveda Boulevard in North Hills, California.

11       <u>Overt Act No. 115:</u>  On November 4, 2017, via Facebook, a

12  conspirator posted that he was with defendants GUZMAN, E. MORALES,

13  GARCIA, and GONZALEZ.

14       <u>Overt Act No. 116:</u>  On November 5, 2017, defendant GARCIA and a

15  conspirator posed for photographs throwing MS-13 hand signs.

16       <u>Overt Act No. 117:</u>  On November 28, 2017, defendant GARCIA

17  received a $950 wire transfer from a member of Maryland's MS-13

18  Fulton clique as payment for narcotics.

19       <u>Overt Act No. 118:</u>  On December 2, 2017, defendants GUZMAN,

20  GARCIA, and a conspirator were jumped into the Fulton clique as

21  homeboys.

22       <u>Overt Act No. 119:</u>  On December 2, 2017, defendants GUZMAN and

23  GARCIA posed for a photograph in which they were both throwing MS-13

24  gang signs.

25       <u>Overt Act No. 120:</u>  On December 3, 2017, defendants GUZMAN,

26  GARCIA, and a conspirator jumped in defendant E. MORALES and a

27  conspirator as homeboys.

28

1    <u>Overt Act No. 121:</u>  On December 3, 2017, a conspirator posted a

2    photograph to his Facebook page of himself and defendants E. MORALES,

3    GARCIA, and ARTEAGA, and conspirators dressed in MS-13 attire.

4    <u>Overt Act No. 122:</u>  On December 8, 2017, using coded language

5    via Facebook messenger, defendant VELASQUEZ expressed his loyalty to

6    MS-13.

7    <u>Overt Act No. 123:</u>  On December 10, 2017, defendants REVELO and

8    E. MORALES, and a conspirator met at Whitsett Park.

9    <u>Overt Act No. 124:</u>  On December 31, 2017, defendants CHAVEZ,

10   REVELO, and LINARES, and a conspirator, jumped in defendant FLORES

11   and a conspirator as Fulton clique homeboys.

12   <u>Overt Act No. 125:</u>  On January 1, 2018, defendant REVELO and two

13   conspirators were dressed in MS-13 attire at The Wash.

14   <u>Overt Act No. 126:</u>  On January 2, 2018, defendants CHAVEZ and a

15   conspirator collected extortionate rent payments from casitas.

16   <u>Overt Act No. 127:</u>  On January 17, 2018, defendant REVELO and

17   ARTEAGA, and conspirators, gathered in the area of The Wash.

18   <u>Overt Act No. 128:</u>  On January 20, 2018, via text message, a

19   conspirator told defendant ARTEAGA that the conspirator needed to

20   speak with defendant VELASQUEZ about MS-13 members who were

21   incarcerated.

22   <u>Overt Act No. 129:</u>  On January 28, 2018, defendant GARCIA posed

23   for photographs while throwing an MS-13 hand sign and wielding a

24   machete.

25   <u>Overt Act No. 130:</u>  On January 28, 2018, defendant GARCIA posed

26   for photographs throwing an MS-13 hand sign.

27

28

33

1     <u>Overt Act No. 131:</u>  On February 8, 2018, via Facebook, defendant
2     CHAVEZ posted a photograph of himself posing with a conspirator in
3     what appears to be the Angeles National Forest.

4     <u>Overt Act No. 132:</u>  On February 11, 2018, defendants REVELO and
5     E. MORALES, and a conspirator gathered in The Wash.

6     <u>Overt Act No. 133:</u>  On February 20, 2018, via Facebook,
7     defendant VELASQUEZ told defendant CHAVEZ to put money on an
8     incarcerated MS-13 member's books.

9     <u>Overt Act No. 134:</u>  On February 24, 2018, defendants REVELO and
10    conspirators gathered in the area of The Wash.

11    <u>Overt Act No. 135:</u>  On March 1, 2018, in Panorama City, within
12    MS-13 territory, defendant REVELO and a conspirator drove in a
13    vehicle with no license plates.

14    <u>Overt Act No. 136:</u>  On March 20, 2018, via Instagram, a
15    conspirator posted a video of himself and defendant CHAVEZ throwing
16    MS-13 hand signs.

17    <u>Overt Act No. 137:</u>  On March 20, 2018, defendant GARCIA
18    brandished a knife while standing in the area of Vanowen Street and
19    Fulton Avenue, within MS-13's Fulton clique territory, in front of
20    MS-13 graffiti, "MS XIII FLS."

21    <u>Overt Act No. 138:</u>  On March 25, 2018, defendants E. MORALES,
22    ARTEAGA, and REVELO, and conspirators, gathered at Whitsett Park.

23    <u>Overt Act No. 139:</u>  On April 7, 2018, defendant CHAVEZ ordered
24    the murder of J.H.C.

25    <u>Overt Act No. 140:</u>  On April 7, 2018, prior to the murder of
26    J.H.C. between approximately 5:13 p.m. and 6:59 p.m., defendant
27    ARTEAGA called defendant CHAVEZ; defendant CHAVEZ called defendant
28    ARTEAGA; and defendant CHAVEZ called Flores Ayala.

Overt Act No. 141:  On April 7, 2018, prior to the murder of
J.H.C., between approximately 8:06 p.m. and 8:37 p.m., defendant
ARTEAGA called defendant CHAVEZ; defendant CHAVEZ called defendant
VELASQUEZ; defendant CHAVEZ called a conspirator who participated in
the murder of J.H.C.; and defendant CHAVEZ called defendant
VELASQUEZ.

Overt Act No. 142:  On April 7, 2018, between approximately 8:51
p.m. and 9:40 p.m., defendant VELASQUEZ called defendant CHAVEZ, who
called defendant E. MORALES and a conspirator who participated in the
murder of J.H.C.

Overt Act No. 143:  On April 7, 2018, defendant ARTEAGA went to
his residence and took several knives for use in the murder of J.H.C.

Overt Act No. 144:  On April 7, 2018, defendants E. MORALES and
ARTEAGA, and conspirators, brought J.H.C., who they believed to have
thrown rival gangs and posted them to social media, to the Angeles
National Forest, in a conspirator's red Nissan Sentra.

Overt Act No. 145:  On April 7, 2018, in the Angeles National
Forest, defendants E. MORALES and ARTEAGA, and conspirators, used
multiple knives to stab victim J.H.C. to death.

Overt Act No. 146:  On April 7, 2018, in the Angeles National
Forest, defendant ARTEAGA and a conspirator threw J.H.C.'s body over
the hill.

Overt Act No. 147:  On April 7, 2018, a conspirator drove
defendants E. MORALES and ARTEAGA and other conspirators to a park
near Hanson Dam where defendants E. MORALES and ARTEAGA and a
conspirator burned everyone's clothes.

Overt Act No. 148:  On April 8, 2018, a conspirator drove
defendants E. MORALES and ARTEAGA, and conspirators, to a casita in

35

the area of Lindley Avenue and Valerio Street in Los Angeles,
California; the conspirator's car contained three bloody knives, two
of which had J.H.C.'s blood on them.

Overt Act No. 149:  On April 8, 2018, defendants E. MORALES and
ARTEAGA, and a conspirator, met with defendant CHAVEZ to discuss the
murder of J.H.C.  Shortly thereafter, defendants CHAVEZ and VELASQUEZ
called each other.

Overt Act No. 150:  On May 3, 2018, via Instagram, a conspirator
posted a photograph of himself and defendant CHAVEZ posing with
firearms, and the photograph contained a custom sticker reading,
"Nochx D Casxria," Spanish for, "hunting night."

Overt Act No. 151:  On May 19, 2018, defendant CORADO posed for
a photograph throwing a MS-13 hand sign in the Malibu area.

Overt Act No. 152:  On June 6, 2018, defendant REVELO and a
conspirator met in Lafayette Park, which was controlled by MS-13.

Overt Act No. 153:  On June 12, 2018, using coded language, via
Facebook messenger, defendant CHAVEZ told a conspirator that he
(defendant CHAVEZ) was in Maryland to evaluate MS-13 in Maryland,
where MS-13 Fulton clique members often sent narcotics to other MS-13
members.

Overt Act No. 154:  On June 21, 2018, defendants GUZMAN,
GONZALEZ, and ORELLANA, and a conspirator were discovered in Heber
City, Utah, where they fled to avoid detection by law enforcement.

Overt Act No. 155:  On June 24, 2018 defendant CORADO took a
photograph of defendant REVELO and a conspirator, which depicted
defendant REVELO throwing an MS-13 hand sign.

Overt Act No. 156:  On July 1, 2018, in the area of Balboa
Boulevard and Amestoy Avenue in Lake Balboa, within MS-13's Fulton

clique territory, defendants VELASQUEZ and CHAVEZ traveled in a
vehicle without license plates.

Overt Act No. 157:  On July 10, 2018, defendant CORADO took a
photograph of a black Beretta pistol.

Overt Act No. 158:  On July 12, 2018, using coded language, via
Facebook messenger, defendant CHAVEZ told a conspirator that MS-13
members in El Salvador want to speak with the conspirator and
defendant VELASQUEZ.

Overt Act No. 159:  On July 13, 2018, defendant CHAVEZ posted to
Facebook a photograph of defendants CHAVEZ, GUZMAN, GARCIA, and
GONZALEZ, and other conspirators.

Overt Act No. 160:  On July 21, 2018, in the Malibu Hills of Los
Angeles County, defendants REVELO and CORADO and Rosales Arias, and
conspirators, shot and killed R.C.

Overt Act No. 161:  On July 29, 2018, defendants CHAVEZ and
REVELO met with several conspirators at Whitsett Park for
approximately 30 minutes.

Overt Act No. 162:  On August 3, 2018, using coded language over
the telephone, defendant VELASQUEZ spoke with an MS-13 Fulton program
manager and various MS-13 leaders, known as the "Ranfla," in El
Salvador, wherein defendant VELASQUEZ acknowledged his leadership
role within MS-13's Fulton clique in Los Angeles, the birthplace of
MS-13, and agreed to follow MS-13's rules and repair the issues being
caused by the Fulton clique in Los Angeles.

Overt Act No. 163:  On August 14, 2018, defendant CORADO took a
photograph of a chrome and black Smith & Wesson pistol.

1    <u>Overt Act No. 164:</u>  On August 29, 2018, via Facebook, defendant
2    CHAVEZ sent a conspirator a photograph of defendant CHAVEZ holding a
3    firearm.

4    <u>Overt Act No. 165:</u>  On August 30, 2018, at the San Fernando
5    Courthouse in San Fernando, California, Vides and two conspirators
6    met at a hearing involving defendant E. MORALES and conspirators.  At
7    the meeting, one of the conspirators standing next to Vides announced
8    that he believed someone was cooperating with law enforcement.

9    <u>Overt Act No. 166:</u>  On August 31, 2018, defendant CORADO took a
10   photograph of a Heckler & Koch model VP70Z, 9mm caliber pistol,
11   bearing serial number 77955.

12   <u>Overt Act No. 167:</u>  On September 3, 2018, in the area of Pacific
13   Coast Highway and Coastline Drive in Malibu, California, defendants
14   REVELO, CORADO, and ARTEAGA, and a conspirator were in a vehicle and
15   possessed a machete and the Heckler & Koch model VP70Z, 9mm caliber
16   pistol, bearing serial number 77955, loaded with a high capacity
17   magazine containing 17 live rounds.

18   <u>Overt Act No. 168:</u>  On September 6, 2018, in The Wash, defendant
19   ARTEAGA possessed a machete.

20   <u>Overt Act No. 169:</u>  On September 23, 2018, defendants ARTEAGA
21   and GONZALEZ, and conspirators gathered in Whitsett Park.

22   <u>Overt Act No. 170:</u>  On September 28, 2018, via Facebook,
23   defendant VELASQUEZ sent defendant a conspirator a message
24   referencing defendant VELASQUEZ's loyalty to MS-13.

25   <u>Overt Act No. 171:</u>  On October 12, 2018, via Facebook, defendant
26   CHAVEZ shared a video of a conspirator acting as a lookout while a
27   conspirator wrote MS-13 Fulton Locos graffiti in the area of Whitsett
28   Park.

38

1    <u>Overt Act No. 172:</u>  On October 12, 2018, using coded language,
2    via Facebook messenger, defendant CHAVEZ informed a conspirator that
3    MS-13 in Los Angeles, including the Fulton clique, ran its own
4    program in response to the conspirator stating that the conspirator
5    wanted one united MS-13 program, including Maryland, Washington, and
6    Los Angeles.

7    <u>Overt Act No. 173:</u>  On October 12, 2018, via Facebook messenger,
8    CHAVEZ informed a conspirator that he knew the conspirator's clique
9    leader, that defendant VELASQUEZ is defendant CHAVEZ's clique leader,
10   and that organizing as one program required permission.

11   <u>Overt Act No. 174:</u>  On October 16, 2018, via Facebook messenger,
12   an incarcerated MS-13 member asked defendant CHAVEZ to give his
13   regards to the "big homies from Fulton," referring defendant
14   VELASQUEZ and Lopez.

15   <u>Overt Act No. 175:</u>  On October 19, 2018, an unindicted
16   conspirator posted a photograph on Facebook of defendants GUZMAN,
17   GARCIA, and ARTEAGA, and conspirators throwing MS-13 hand signs.

18   <u>Overt Act No. 176:</u>  On October 19, 2018, via Facebook Messenger,
19   defendant CHAVEZ posted photographs of a rifle that he discussed
20   purchasing.

21   <u>Overt Act No. 177:</u>  On October 20, 2018, via Facebook Messenger,
22   an incarcerated MS-13 member asked defendant CHAVEZ for defendant
23   VELASQUEZ's contact information because MS-13 members wanted to have
24   a general MS-13 meeting.

25   <u>Overt Act No. 178:</u>  On October 29, 2018, using coded language,
26   via Facebook, defendants CHAVEZ and ORELLANA discussed whether they
27   would collect enough "rent" or money to buy a firearm.

28

Overt Act No. 179:  On November 15, 2018, at 11th Street and Central Avenue in Los Angeles, California, Rosales Arias and Rosales and a conspirator were in a black 2011 Toyota Corolla, registered to defendant CORADO, which was used during the October 30, 2017 murder of B.A.

Overt Act No. 180:  On or November 30, 2018, via Facebook messenger, defendant MARTINEZ sent a photograph of defendants ARTEAGA and CHAVEZ throwing MS-13 hand signs while in a destroyer to defendant CHAVEZ.

Overt Act No. 181:  On December 2, 2018, at a 7-11 convenience store located at 10133 San Fernando Road in Los Angeles, California, defendants CHAVEZ, and MARTINEZ, and conspirators attacked A.G., a rival gang member, with fists and a knife.

Overt Act No. 182:  On December 2, 2018, after the attack on A.G., defendant CHAVEZ threw an MS-13 gang sign.

Overt Act No. 183:  On December 6, 2018, at The Wash, defendant CHAVEZ offered to defendant MARTINEZ and a conspirator an opportunity to earn homeboy status by killing a rival gang member, and defendant MARTINEZ and a conspirator agreed to kill a rival gang member.

Overt Act No. 184:  On December 6, 2018, approximately two and half hours before defendant MARTINEZ and a conspirator would kill O.H., defendant CHAVEZ called defendant VELASQUEZ.

Overt Act No. 185:  On December 6, 2018, defendant MARTINEZ and a conspirator drove to the area of 7358 Vista Del Monte Avenue, Van Nuys, California, a notorious location where many different gangs congregate.

1      Overt Act No. 186:  On December 6, 2018, defendant MARTINEZ and

2   the conspirator approached O.H. and M.S., inquired where they were

3   from, and shot at O.H. and M.S., killing O.H. and injuring M.S.

4      Overt Act No. 187:  On December 6, 2018, approximately 45

5   minutes after defendant MARTINEZ and a conspirator shot and killed

6   O.H., defendant CHAVEZ called defendant VELASQUEZ twice.

7      Overt Act No. 188:  On December 7, 2018, between 8:10 a.m. and

8   12:05 p.m., defendants CHAVEZ and VELASQUEZ called each other five

9   times.

10      Overt Act No. 189:  On December 8, 2018, defendant ORELLANA

11   threw an MS-13 hand sign while defendant CHAVEZ filmed it, pointed a

12   gun at the camera, and made two shooting sounds.  Defendant CHAVEZ

13   created a sticker for the video that stated, "MS-13 Fulton Locotes

14   Salvatruchos," "in declared wars, there is no tears for the dead and

15   they will be from your neighborhood," and "here is for the mara."

16      Overt Act No. 190:  On December 12, 2018, via Facebook, a

17   conspirator posted a video of himself and defendant REVELO throwing

18   MS-13 hand signs.

19      Overt Act No. 191:  On December 14, 2018, defendants ARTEAGA,

20   REVELO, CHAVEZ, and MARTINEZ and a conspirator appeared in videos

21   throwing MS-13 hand signs.

22      Overt Act No. 192:  On December 15, 2018, defendants CHAVEZ,

23   REVELO, GONZALEZ, and MARTINEZ posed for a photograph at The Wash

24   throwing MS-13 hand signs.

25      Overt Act No. 193:  On December 21, 2018, defendant MARTINEZ

26   took a video in the location where the December 6, 2018 shooting of

27   O.H. and M.S. occurred wherein defendant MARTINEZ challenged someone

28

by saying "where are you from, fool?"  After the person responded,
defendant MARTINEZ said, "this is Mara!"

Overt Act No. 194:  On December 23, 2018, defendants MARTINEZ
and a conspirator posed for a photograph throwing MS-13 hand signs.

Overt Act No. 195:  On December 31, 2018, defendant ORELLANA
posed for a photograph in Whitsett Park, throwing MS-13 hand signs,
with a round sticker with the number "18" in the center and a knife
going through the number "18," representing MS-13's rival gang, 18th
Street.

Overt Act No. 196:  On January 1, 2019, defendants ARTEAGA,
GONZALEZ, and ORELLANA, and conspirators, were jumped into MS-13 as
homeboys by defendants CHAVEZ (who counted out the 13 seconds),
REVELO, LINARES, and a conspirator.  Defendant VELASQUEZ authorized
this promotion.

Overt Act No. 197:  On January 3, 2019, using coded language,
via Facebook Messenger, defendant GONZALEZ discussed purchasing .38
caliber ammunition with a conspirator.

Overt Act No. 198:  On January 3, 2019, via Facebook, defendants
GONZALEZ and ORELLANA discussed new monikers, including "Predator"
and "Mal Aspecto," which defendant LINARES ultimately used.

Overt Act No. 199:  On January 3, 2019, using coded language,
via Facebook, defendants GONZALEZ and ORELLANA discussed purchasing a
.357 revolver.

Overt Act No. 200:  On January 4, 2019, defendant MARTINEZ
narrated video footage of MS-13 Fulton Locos Salvatruchas graffiti
and claimed that "big time Mara Salvatrucha Fulton Locotes"
controlled Los Angeles.

1      Overt Act No. 201:  On January 6, 2019, defendant ORELLANA

2   posted a series of photographs of himself throwing MS-13 hand signs

3   in various locations, including in front of an MS-13 flag and at

4   Whitsett Park, with a sticker that stated, "NSFLS La Big Mara

5   Salvatrucha MS-13."

6      Overt Act No. 202:  On January 11, 2019, via Facebook, defendant

7   MARTINEZ posted a photograph of himself and defendant GONZALEZ posing

8   at Whitsett Park in front of graffiti stating, "MS-13" and "FLS,"

9   which stood for Fulton Locos Salvatruchos.

10      Overt Act No. 203:  On January 12, 2019, via Facebook, defendant

11   CHAVEZ sent a photograph of a distribution amount of marijuana.

12      Overt Act No. 204:  On January 12, 2019, via Facebook, defendant

13   CHAVEZ sent a photograph of himself throwing MS-13 hand signs in

14   front of graffiti reading, "Mara Salvatrucha."

15      Overt Act No. 205:  On January 12, 2019, via Facebook, defendant

16   GONZALEZ posted a video of defendant MARTINEZ spray-painting MS-13

17   Fulton clique graffiti, and defendants CHAVEZ, REVELO, ARTEAGA, and

18   MARTINEZ viewed the video via Facebook.

19      Overt Act No. 206:  On January 13, 2019, defendant CHAVEZ

20   ordered O.F.'s murder because O.F. abandoned MS-13 and was addicted

21   to methamphetamine.

22      Overt Act No. 207:  On January 13, 2019, using coded language

23   via Facebook messenger, defendants GONZALEZ and MARTINEZ discussed

24   the opportunity to kill so that they could become homeboys with MS-

25   13.

26      Overt Act No. 208:  On January 13, 2019, defendant CHAVEZ sent a

27   screen shot, via Facebook, of defendant VELASQUEZ's phone number to

28   defendant MARTINEZ; thereafter, defendant CHAVEZ called defendant

VELASQUEZ; defendant CHAVEZ repeatedly called defendants MARTINEZ and VELASQUEZ.

Overt Act No. 209:  On January 13, 2019, at Whitsett Park, defendants CHAVEZ, REVELO, MARTINEZ, and ORELLANA, and a conspirator took O.F. to a remote area in Santa Clarita.

Overt Act No. 210:  On January 13, 2019, in Santa Clarita, defendant CHAVEZ gave a conspirator a .38 revolver and ordered the conspirator to shoot O.F.

Overt Act No. 211:  On January 13, 2019, in Santa Clarita, defendant MARTINEZ punched O.F. in the face, a conspirator shot O.F. with a .38 revolver and passed the gun to defendant MARTINEZ, defendant MARTINEZ shot O.F. and passed the gun to defendant ORELLANA, and defendant ORELLANA shot O.F., while defendants CHAVEZ and REVELO waited in a vehicle.

Overt Act No. 212:  On January 13, 2019, defendant CHAVEZ confirmed that the conspirator shot O.F.

Overt Act No. 213:  On January 13, 2019, defendants CHAVEZ, REVELO, MARTINEZ, and ORELLANA, and a conspirator, went to an MS-13 controlled casita located at 7452 Lindley Avenue, Reseda, California and buried the shell casings used to kill O.F. in the front yard.

Overt Act No. 214:  On January 14, 2019, using coded language, via Facebook Messenger, defendant CHAVEZ told defendant GONZALEZ, "let's go take out the trash" in Whitsett Park, meaning to murder rival gang members located in Whitsett Park and told defendant GONZALEZ to be careful.

Overt Act No. 215:  On January 14, 2019, hours after the O.F. murder, defendant MARTINEZ drove defendant GONZALEZ and a conspirator

to Whitsett Park so that defendant GONZALEZ and the conspirator could find someone to kill.

Overt Act No. 216:  On January 14, 2019, at Whitsett Park, defendants GONZALEZ and a conspirator confronted B.H. and the conspirator shot and killed B.H.

Overt Act No. 217:  On January 14, 2019, using coded language, via Facebook, defendant GONZALEZ said that MS-13 committed a murder, and posted the typographical characters for MS-13.

Overt Act No. 218:  On January 14, 2019, using coded language, via Facebook, defendant GONZALEZ bragged to defendant ORELLANA that two people were killed, thereby allowing defendants GONZALEZ and ORELLANA and others to achieve homeboy status within MS-13's Fulton clique.

Overt Act No. 219:  On January 15, 2019, defendants GONZALEZ and MARTINEZ and conspirators appeared in a video throwing MS-13 hand signs while driving by MS-13, Fulton Locos Salvatruchas graffiti.

Overt Act No. 220:  On January 20, 2019, defendants CHAVEZ, GONZALEZ, and MARTINEZ crossed out rival gangs' graffiti and wrote MS-13 graffiti on the side of a private residence and walls bordering the sidewalk, while denouncing the rival gangs and announcing "Mara Salvatrucha."

Overt Act No. 221:  On January 22, 2019, via Facebook, defendant MARTINEZ posted a photograph of himself, defendant GONZALEZ, and three conspirators throwing MS-13 hand signs in Santa Monica, California.

Overt Act No. 222:  On January 24, 2019, via Facebook messenger, defendant MARTINEZ and a conspirator discussed tagging graffiti and crossing out a rival gang's graffiti.

45

1    Overt Act No. 223:  On January 27, 2019, using coded language,

2    via Facebook voice, defendant MARTINEZ and a conspirator discussed

3    committing a crime together.

4    Overt Act No. 224:  On January 28, 2019, in the Malibu Hills of

5    Los Angeles County, defendants GONZALEZ and MARTINEZ traveled in a

6    vehicle with two conspirators and possessed a loaded gun, two

7    baseball bats, two knives, ski masks, two beanies with "MS"

8    embroidered on them, and handcuffs.

9    Overt Act No. 225:  On January 31, 2019, via Facebook, defendant

10   CHAVEZ shared a photograph of an LAPD Crime Alert for the January 14,

11   2019 murder of B.H.

12   Overt Act No. 226:  On February 13, 2019, using coded language,

13   via Facebook messenger, defendant CHAVEZ engaged in a conversation

14   with a conspirator about purchasing a firearm.

15   Overt Act No. 227:  On February 17, 2019, defendant CHAVEZ spoke

16   to MS-13's program manager in El Salvador, who requested a list of

17   names and monikers of all Los Angeles Fulton clique members.

18   Overt Act No. 228:  On February 21, 2019, defendant CHAVEZ spoke

19   to one of MS-13's program managers in El Salvador expressing concern

20   that Flores Ayala, who claimed to be the Fulton clique's corredor

21   when he was not, spoke on behalf of the Fulton clique to the Mexican

22   Mafia without informing the Fulton clique's leadership of the

23   substance of the conversations.

24   Overt Act No. 229:  On February 21, 2019, one of MS-13's program

25   managers in El Salvador told defendant CHAVEZ that El Salvador will

26   not issue orders to the Fulton clique; El Salvador simply needed

27   updates as to the clique's leadership and activities.

28

1        <u>Overt Act No. 230:</u>  On February 21, 2019, defendant CHAVEZ told

2    one of MS-13's program managers in El Salvador that clique members

3    under defendant CHAVEZ's supervision must follow MS-13's Salvadoran

4    rules and anyone who did not would suffer the consequences.

5        <u>Overt Act No. 231:</u>  On February 28, 2019, via Facebook,

6    defendant CHAVEZ sent defendant ARTEAGA photographs depicting

7    defendants GUZMAN, E. MORALES, GARCIA, ARTEAGA, and CHAVEZ, and

8    conspirators, throwing MS-13 hand signs, and defendant GARCIA is

9    wielding a machete.

10        <u>Overt Act No. 232:</u>  On March 2, 2019, defendant REVELO painted

11    Mara Salvatrucha graffiti on a public wall while defendant CHAVEZ

12    filmed it.

13        <u>Overt Act No. 233:</u>  On March 2, 2019, MS-13's program manager in

14    El Salvador told defendant CHAVEZ that if any rival gang members come

15    into MS-13's territory, those individuals need to be cut into pieces;

16    defendant CHAVEZ agreed and said he needed to find them.

17        <u>Overt Act No. 234:</u>  On April 2, 2019, following defendant

18    CHAVEZ's unavailability, defendant LINARES assumed the Fulton clique

19    responsibility of collecting extortionate rent payments and dues from

20    clique members.

21        <u>Overt Act No. 235:</u>  On August 27, 2019, within MS-13's

22    territory, defendant ORELLANA and conspirators inquired where E.S.

23    was from and stabbed E.S.

24        <u>Overt Act No. 236:</u>  On December 10, 2019, defendant GONZALEZ

25    obtained a new tattoo on his left forearm that read, "FLS," for

26    Fulton Locos Salvatruchas.

27

28

1    D.   NOTICE OF SPECIAL SENTENCING ALLEGATIONS

2         The Grand Jury further alleges that:

3         1.   On or about September 24, 2016, in Los Angeles County,

4    within the Central District of California, defendant CHAVEZ, and

5    others known and unknown to the Grand Jury, willfully, deliberately,

6    and with premeditation, unlawfully killed with malice aforethought

7    S.O.M., in violation of California Penal Code Sections 31, 187, 189,

8    and 190.

9         2.   On or about March 6, 2017, in Los Angeles County, within

10   the Central District of California, defendants GUZMAN, E. MORALES,

11   GARCIA, and VELQSQUEZ, and others known and unknown to the Grand

12   Jury, willfully, deliberately, and with premeditation, unlawfully

13   killed with malice aforethought J.S., in violation of California

14   Penal Code Sections 31, 187, 189, and 190.

15        3.   On or about April 20, 2017, in Los Angeles County, within

16   the Central District of California, defendants GUZMAN, and ORDONES,

17   and others known and unknown to the Grand Jury, willfully,

18   deliberately, and with premeditation, unlawfully killed with malice

19   aforethought G.B., in violation of California Penal Code Sections 31,

20   187, 189, and 190.

21        4.   On or about June 4, 2017, in Los Angeles County, within the

22   Central District of California, defendants GARCIA, CHAVEZ, and

23   REVELO, and others known and unknown to the Grand Jury, willfully,

24   deliberately, and with premeditation, unlawfully killed with malice

25   aforethought E.H., in violation of California Penal Code Sections 31,

26   187, 189, and 190.

27        5.   On or about October 30, 2017, in Los Angeles County, within

28   the Central District of California, defendant CORADO, and others

known and unknown to the Grand Jury, willfully, deliberately, and
with premeditation, unlawfully killed with malice aforethought B.A.,
in violation of California Penal Code Sections 31, 187, 189, and 190.

6.    On or about April 7, 2018, in Los Angeles County, within
the Central District of California, defendants E. MORALES and
ARTEAGA, and others known and unknown to the Grand Jury, willfully,
deliberately, and with premeditation, unlawfully killed with malice
aforethought J.H.C., in violation of California Penal Code Sections
31, 187, 189, and 190.

7.    On or about July 21, 2018, in Los Angeles County, within
the Central District of California, defendants REVELO and CORADO, and
others known and unknown to the Grand Jury, willfully, deliberately,
and with premeditation, unlawfully killed with malice aforethought
R.C., in violation of California Penal Code Sections 31, 187, 189,
and 190.

8.    On or about December 6, 2018, in Los Angeles County, within
the Central District of California, defendant MARTINEZ, and others
known and unknown to the Grand Jury, willfully, deliberately, and
with premeditation, unlawfully killed with malice aforethought O.H.,
in violation of California Penal Code Sections 31, 187, 189, and 190.

9.    On or about January 13, 2019, in Los Angeles County, within
the Central District of California, defendants CHAVEZ, MARTINEZ, and
ORELLANA, and others known and unknown to the Grand Jury, willfully,
deliberately, and with premeditation, unlawfully killed with malice
aforethought O.F., in violation of California Penal Code Sections 31,
187, 189, and 190.

10.    On or about January 14, 2019, in Los Angeles County, within
the Central District of California, defendants GONZALEZ and MARTINEZ,

49

and others known and unknown to the Grand Jury, willfully,
deliberately, and with premeditation, unlawfully killed with malice
aforethought B.H., in violation of California Penal Code Sections 31,
187, 189, and 190.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. §§ 1111, 7(3), 2(a)]

[DEFENDANTS GUZMAN, E. MORALES, GARCIA, and VELASQUEZ]

On or about March 6, 2017, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendants ANGEL AMADEO GUZMAN, aka "Splinter" and "Desastre," EVER JOEL MORALES, aka "Bandita," "Catracho," "Conejo," and "Angel Malvado," FERNANDO GARCIA PARADA, aka "Chaos," "Caprichoso," and "Penny," and EDGARD VELASQUEZ, aka "Snoopy," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed J.S.

COUNT THREE

[18 U.S.C. §§ 1111, 7(3), 2(a)]

[DEFENDANTS GUZMAN, ORDONES, and VASQUEZ]

On or about April 20, 2017, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendants ANGEL AMADEO GUZMAN, aka "Splinter" and "Desastre," BRYAN ALBERTO ORDONES, and MARIO FLORES VASQUEZ, aka "Gato" and "Acertijo," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed G.B.

COUNT FOUR

[18 U.S.C. §§ 1111, 7(3), 2(a)]

[DEFENDANTS GARCIA, CHAVEZ, REVELO, CASTILLO, LAINEZ, and PAOLA
GUEVARA]

On or about June 4, 2017, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendants FERNANDO GARCIA PARADA, aka "Chaos," "Caprichoso," and "Penny," WALTER CHAVEZ LARIN, aka "Delito," "Dexter," "Alexander Chavez," and "Daniel Gomez," YEFRI ALEXANDER REVELO, aka "Silent," JOSE JONATHAN CASTILLO, aka "Diabolico," JORGE LAINEZ, aka "Pollo," and PAOLA GUEVARA, aka "Paola Vasquez," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed E.H.

COUNT FIVE

[18 U.S.C. §§ 1111, 7(3), 2(a)]

[DEFENDANTS CORADO and ROSALES]

On or about October 30, 2017, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendants ROBERTO ALEJANDRO CORADO ORTIZ, aka "Infernal" and BRYAN ALEXANDER ROSALES ARIAS, aka "Yela" and "Rebelde," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed B.A.

1    COUNT SIX

2    [18 U.S.C. §§ 1111, 7(3), 2(a)]

3    [DEFENDANTS E. MORALES and ARTEAGA]

4        On or about April 7, 2018, in Los Angeles County, within the

5    Central District of California, in the Angeles National Forest, a

6    place within the special maritime and territorial jurisdiction of the

7    United States, defendants EVER JOEL MORALES, aka "Bandita,"

8    "Catracho," "Conejo," and "Angel Malvado" and KEVIN ARTEAGA, aka

9    "Street Boy" and "Lucifer," and others known and unknown to the Grand

10   Jury, each aiding and abetting the others, willfully, deliberately,

11   maliciously, and with premeditation and malice aforethought,

12   unlawfully killed J.H.C.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT SEVEN

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANTS FLORES AYALA and OLIVA]

1.    Paragraphs 1 through 15 of the General Allegations of this Fourth Superseding Indictment are re-alleged and incorporated here.

2.    At times relevant to this Fourth Superseding Indictment, MS-13, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts involving murder, in violation of California Penal Code Sections 21a, 31, 182, 187, 189, 190, and 664, acts involving extortion, in violation of California Penal Code Section 21a, 31, 182, 518, 519, 520, and 664 and offenses involving trafficking in controlled substances, in violation of Title 21, United States Code, Sections 846 and 841.

3.    On or about September 24, 2016, in Los Angeles County, within the Central District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 Los Angeles, an enterprise engaged in racketeering activity, defendants JOSE ALFREDO FLORES AYALA, aka "Blackie" and "El Black" and HECTOR OLIVA MELENDEZ, aka "Puka" and "Puca," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, and with premeditation and malice aforethought, unlawfully murdered S.O.M., in violation of California Penal Code Sections 31, 187, 189, and 190.

1                                  COUNT EIGHT

2                        [18 U.S.C. §§ 1959(a)(1), 2(a)]

3           [DEFENDANTS GUZMAN, E. MORALES, GARCIA, and VELASQUEZ]

4           1.    Paragraphs 1 through 15 of the General Allegations and

5     paragraph 2 of Count Seven of this Fourth Superseding Indictment are

6     re-alleged and incorporated here.

7           2.    On or about March 6, 2017, in Los Angeles County, within

8     the Central District of California, for the purpose of gaining

9     entrance to and maintaining and increasing position in MS-13 Los

10    Angeles, an enterprise engaged in racketeering activity, defendants

11    ANGEL AMADEO GUZMAN, aka "Splinter" and "Desastre," EVER JOEL

12    MORALES, aka "Bandita," "Catracho," "Conejo," and "Angel Malvado,"

13    FERNANDO GARCIA PARADA, aka "Chaos," "Caprichoso," and "Penny," and

14    EDGARD VELASQUEZ, aka "Snoopy," and others known and unknown to the

15    Grand Jury, each aiding and abetting the others, willfully,

16    deliberately, and with premeditation and malice aforethought,

17    unlawfully murdered J.S., in violation of California Penal Code

18    Sections 31, 187, 189, and 190.

19

20

21

22

23

24

25

26

27

28

                                        57

COUNT NINE

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANTS GUZMAN, ORDONES, and VASQUEZ]

1.    Paragraphs 1 through 15 of the General Allegations and
paragraph 2 of Count Seven of this Fourth Superseding Indictment are
re-alleged and incorporated here.

2.    On or about April 20, 2017, in Los Angeles County, within
the Central District of California, for the purpose of gaining
entrance to and maintaining and increasing position in MS-13 Los
Angeles, an enterprise engaged in racketeering activity, defendants
ANGEL AMADEO GUZMAN, aka "Splinter" and "Desastre," BRYAN ALBERTO
ORDONES, and MARIO FLORES VASQUEZ, aka "Gato" and "Acertijo," and
others known and unknown to the Grand Jury, each aiding and abetting
the others, willfully, deliberately, and with premeditation and
malice aforethought, unlawfully murdered G.B., in violation of
California Penal Code Sections 31, 187, 189, and 190.

COUNT TEN

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANTS GARCIA, CHAVEZ, REVELO, CASTILLO, LAINEZ, and PAOLA
GUEVARA]

1.    Paragraphs 1 through 15 of the General Allegations and paragraph 2 of Count Seven of this Fourth Superseding Indictment are re-alleged and incorporated here.

2.    On or about June 4, 2017, in Los Angeles County, within the Central District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 Los Angeles, an enterprise engaged in racketeering activity, defendants FERNANDO GARCIA PARADA, aka "Chaos," "Caprichoso," and "Penny," WALTER CHAVEZ LARIN, aka "Delito," "Dexter," "Alexander Chavez," and "Daniel Gomez," YEFRI ALEXANDER REVELO, aka "Silent," JOSE JONATHAN CASTILLO, aka "Diabolico," JORGE LAINEZ, aka "Pollo," and PAOLA GUEVARA, aka "Paola Vasquez," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, and with premeditation and malice aforethought, unlawfully murdered E.H., in violation of California Penal Code Sections 31, 187, 189, and 190.

COUNT ELEVEN

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANTS CORADO and ROSALES]

1.    Paragraphs 1 through 15 of the General Allegations and paragraph 2 of Count Seven of this Fourth Superseding Indictment are re-alleged and incorporated here.

2.    On or about October 30, 2017, in Los Angeles County, within the Central District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 Los Angeles, an enterprise engaged in racketeering activity, defendants ROBERTO ALEJANDRO CORADO ORTIZ, aka "Infernal" and BRYAN ALEXANDER ROSALES ARIAS, aka "Yela" and "Rebelde," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, and with premeditation and malice aforethought, unlawfully murdered B.A., in violation of California Penal Code Sections 31, 187, 189, and 190.

1

COUNT TWELVE

2

[18 U.S.C. §§ 1959(a)(1), 2(a)]

3

[DEFENDANTS E. MORALES and ARTEAGA]

4      1.    Paragraphs 1 through 15 of the General Allegations and

5  paragraph 2 of Count Seven of this Fourth Superseding Indictment are

6  re-alleged and incorporated here.

7      2.    On or about April 7, 2018, in Los Angeles County, within

8  the Central District of California, for the purpose of gaining

9  entrance to and maintaining and increasing position in MS-13 Los

10  Angeles, an enterprise engaged in racketeering activity, defendants

11  EVER JOEL MORALES, aka "Bandita," "Catracho," "Conejo" and "Angel

12  Malvado," and KEVIN ARTEAGA, aka "Street Boy" and "Lucifer," and

13  others known and unknown to the Grand Jury, each aiding and abetting

14  the others, willfully, deliberately, and with premeditation and

15  malice aforethought, unlawfully murdered J.H.C., in violation of

16  California Penal Code Sections 31, 187, 189, and 190.

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THIRTEEN

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANTS REVELO, CORADO, and ROSALES ARIAS]

1.    Paragraphs 1 through 15 of the General Allegations and paragraph 2 of Count Seven of this Fourth Superseding Indictment are re-alleged and incorporated here.

2.    On or about July 21, 2018, in Los Angeles County, within the Central District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 Los Angeles, an enterprise engaged in racketeering activity, defendants YEFRI ALEXANDER REVELO, aka "Silent," ROBERTO ALEJANDRO CORADO ORTIZ, aka "Infernal," and ERICK EDUARDO ROSALES ARIAS, aka "Gix" and "Extrano," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, and with premeditation and malice aforethought, unlawfully murdered R.C., in violation of California Penal Code Sections 31, 187, 189, and 190.

COUNT FOURTEEN

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANT MARTINEZ]

1.    Paragraphs 1 through 15 of the General Allegations and paragraph 2 of Count Seven of this Fourth Superseding Indictment are re-alleged and incorporated here.

2.    On or about December 6, 2018, in Los Angeles County, within the Central District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 Los Angeles, an enterprise engaged in racketeering activity, defendant EDWIN MARTINEZ, aka "Desorden," and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, and with premeditation and malice aforethought, unlawfully murdered O.H., in violation of California Penal Code Sections 31, 187, 189, and 190.

1

                              COUNT FIFTEEN

2

                    [18 U.S.C. §§ 1959(a)(1), 2(a)]

3

              [DEFENDANTS CHAVEZ, MARTINEZ, and ORELLANA]

4       1.    Paragraphs 1 through 15 of the General Allegations and

5 paragraph 2 of Count Seven of this Fourth Superseding Indictment are

6 re-alleged and incorporated here.

7       2.    On or about January 13, 2019, in Los Angeles County, within

8 the Central District of California, for the purpose of gaining

9 entrance to and maintaining and increasing position in MS-13 Los

10 Angeles, an enterprise engaged in racketeering activity, defendants

11 WALTER CHAVEZ LARIN, aka "Delito," "Dexter," "Alexander Chavez," and

12 "Daniel Gomez," EDWIN MARTINEZ, aka "Desorden," and CARLOS DANIEL

13 ORELLANA GONZALEZ, aka "Daniel Garcia Gonzalez" and "Chellito," and

14 others known and unknown to the Grand Jury, each aiding and abetting

15 the others, willfully, deliberately, and with premeditation and

16 malice aforethought, unlawfully murdered O.F., in violation of

17 California Penal Code Sections 31, 187, 189, and 190.

18

19

20

21

22

23

24

25

26

27

28

COUNT SIXTEEN

[18 U.S.C. §§ 1959(a)(1), 2(a)]

[DEFENDANTS GONZALEZ and MARTINEZ]

1.    Paragraphs 1 through 15 of the General Allegations and paragraph 2 of Count Seven of this Fourth Superseding Indictment are re-alleged and incorporated here.

2.    On or about January 14, 2019, in Los Angeles County, within the Central District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, LUIS ARTURO GONZALEZ, aka "Guanako" and "El Omisido," and EDWIN MARTINEZ, aka "Desorden" and others known and unknown to the Grand Jury, each aiding and abetting the others, willfully, deliberately, and with premeditation and malice aforethought, unlawfully murdered B.H., in violation of California Penal Code Sections 31, 187, 189, and 190.

1    COUNT SEVENTEEN

2    [18 U.S.C. § 3]

3    [DEFENDANT GUZMAN]

4    1.    Paragraphs 1 through 15 of the General Allegations and

5    paragraph 2 of Count Seven of this Fourth Superseding Indictment are

6    re-alleged and incorporated here.

7    1.    On or about September 8, 2017, in Los Angeles County,

8    within the Central District of California, for the purpose of gaining

9    entrance to and maintaining and increasing position in MS-13 Los

10   Angeles, an enterprise engaged in racketeering activity, Luis Arturo

11   Gonzalez, aka "Guanako" and "El Omisidio" ("Gonzalez") and others

12   known and unknown to the Grand Jury, each aiding and abetting the

13   others, attempted to murder B.C., in violation of California Penal

14   Code Sections 31, 187, 189, 190, and 664, all in violation of Title

15   18, United States Code, Section 1959(a)(5).

16   2.    Between on or about September 14, 2017 and September 18,

17   2017, in Los Angeles County, within the Central District of

18   California, knowing that an offense against the United States had

19   been committed, to wit, the above-described attempted murder, in

20   violation of Title 18, United States Code, Section 1959(a)(5),

21   defendant ANGEL AMADEO GUZMAN, aka "Splinter" and "Desastre," and

22   others known and unknown to the Grand Jury, received, relieved,

23   comforted, and assisted the offender, Gonzalez, in order to hinder

24   and prevent the offender's apprehension, trial, and punishment.

25

26

27

28

1

FORFEITURE ALLEGATION ONE

2

[18 U.S.C. § 1963]

3

[DEFENDANTS GUZMAN, E. MORALES, GARCIA, ARTEAGA, VELASQUEZ, CHAVEZ,

4

REVELO, ORDONES, CORADO, GONZALEZ, MARTINEZ, and ORELLANA]

5

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, notice

6

is hereby given that the United States of America will seek

7

forfeiture as part of any sentence, pursuant to Title 18, United

8

States Code, Section 1963, and Title 28, United States Code, Section

9

2461(c), in the event of any defendant's conviction of the offense

10

set forth in Count One of this Fourth Superseding Indictment.

11

2.    Any defendant so convicted shall forfeit to the United

12

States of America the following:

13

(a)   Any interest the convicted defendant has acquired or

14

maintained in violation of 18 U.S.C. § 1962;

15

(b)   Any interest in, security of, claim against, or

16

property or contractual right of any kind affording a source or

17

influence over, any enterprise which the convicted defendant has

18

established, operated, controlled, conducted, or participated in the

19

conduct of, as a result of the offense;

20

(c)   Any property constituting, or derived from, any

21

proceeds which the person obtained, directly or indirectly, from

22

racketeering activity in violation of 18 U.S.C. § 1962; and

23

(d)   To the extent such property is not available for

24

forfeiture, a sum of money equal to the total value of the property

25

described in subparagraphs (a), (b), and (c).

26

3.    Pursuant to Title 18, United States Code, Section 1963(m),

27

any defendant so convicted shall forfeit substitute property, up to

28

the total value of the property described in the preceding paragraph

67

if, as the result of any act or omission of said defendant, the

property described in the preceding paragraph, or any portion thereof

(a) cannot be located upon the exercise of due diligence; (b) has

been transferred, sold to or deposited with a third party; (c) has

been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with

other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

[DEFENDANTS GUZMAN, E. MORALES, GARCIA, ARTEAGA, CHAVEZ, REVELO,
ORDONES, CORADO, ROSALES, VASQUEZ, CASTILLO, LAINEZ, and GUEVARA]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal
Procedure, notice is hereby given that the United States of America
will seek forfeiture as part of any sentence, pursuant to Title 18,
United States Code, Section 981(a)(1)(C) and Title 28, United States
Code, Section 2461(c), in the event of any defendant's conviction of
the offenses set forth in any of Counts Two through Six of this
Fourth Superseding Indictment.

2.    Any defendant so convicted shall forfeit to the United
States of America the following:

a.    all right, title, and interest in any and all
property, real or personal, constituting, or derived from, any
proceeds traceable to any of the offenses; and

b.    To the extent such property is not available for
forfeiture, a sum of money equal to the total value of the property
described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p),
as incorporated by Title 28, United States Code, Section 2461(c), the
convicted defendant shall forfeit substitute property, up to the
value of the property described in the preceding paragraph if, as the
result of any act or omission of said defendant, the property
described in the preceding paragraph or any portion thereof (a)
cannot be located upon the exercise of due diligence; (b) has been
transferred, sold to, or deposited with a third party; (c) has been
placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

NOTICE OF SPECIAL FINDINGS

[DEFENDANT VELASQUEZ]

The allegations of Counts Two and Eight of this Fourth
Superseding Indictment are re-alleged and incorporated here.

As to Counts Two and Eight, defendant EDGARD VELASQUEZ, aka
"Snoopy":

1.    Was 18 years of age or older at the time of the offense (18
U.S.C. § 3591(a));

2.    Intentionally killed J.S. (18 U.S.C. § 3591(a)(2)(A));

3.    Intentionally inflicted serious bodily injury that resulted
in the death of J.S. (18 U.S.C. § 3591(a)(2)(B));

4.    Intentionally participated in an act, contemplating that
the life of a person would be taken or intending that lethal force
would be used in connection with a person, other than a participant
of the offense, and J.S. died as a direct result of the act (18
U.S.C. § 3591(a)(2)(C));

5.    Intentionally and specifically engaged in an act of
violence, knowing that the act created a grave risk of death to a
person, other than a participant of the offense, such that
participation in the act constituted a reckless disregard for human
life and J.S. died as a direct result of the act (18 U.S.C.
§ 3591(a)(2)(D));

6.    Committed the offense in an especially heinous, cruel, or
depraved manner in that it involved torture or serious physical abuse
to the victim (18 U.S.C. § 3592(c)(6)); and

71

1        7.    Committed the offense after substantial planning and

2   premeditation to cause the death of the person (18 U.S.C.

3   § 3592(c)(9)).

4

5                                              A TRUE BILL

6

7                                              _____/s/_____

8                                              Foreperson

9   E. MARTIN ESTRADA
    United States Attorney
10

11

12  MACK E. JENKINS
    Assistant United States Attorney
13  Chief, Criminal Division

14  JOANNA M. CURTIS
    Assistant United States Attorney
15  Chief, General Crimes Section

16  CATHARINE A. RICHMOND
    Assistant United States Attorney
17  Deputy Chief, Violent and
    Organized Crime Section
18

19  JENNIFER CHOU
    Assistant United States Attorney
20  Deputy Chief, Violent and
    Organized Crime Section

21  DANBEE C. KIM
    Assistant United States Attorney
22  General Crimes Section

23

24

25

26

27

28

                                  72